1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

10

STATE OF WASHINGTON,

11                    Plaintiff,                     NO. 3:17-cv-05690

12          vs.

13                                                   **DECLARATION OF MICHAEL J.**
    FRANCISCAN HEALTH SYSTEM d/b/a                   **FITZGERALD IN SUPPORT OF RESPONSE**
14  CHI FRANCISCAN HEALTH;                           **TO STATE'S MOTION TO SEAL**
    FRANCISCAN MEDICAL GROUP; THE                    **OPPOSITION AND DECLARATION [DKT.**
15  DOCTORS CLINIC, a Professional                   **NO. 43] AND MOTION TO SEAL MOTION**
    Corporation; and WESTSOUND                       **FOR PARTIAL SUMMARY JUDGMENT**
16  ORTHOPAEDICS, P.S.,                              **AND DECLARATION [DKT. NO. 47]**

17                    Defendants.

18

19

20          I, Michael J. Fitzgerald, do certify and declare as follows:

21          1.      I am over the age of 18, am competent to testify, and have personal knowledge of

22  the matters stated herein.

23          2.      I am the Chief Financial Officer for Defendant Franciscan Health System.

24  Franciscan Health System is the sole member of Defendant Franciscan Medical Group (together,

25  "Franciscan").

26          3.      On November 29, 2017, the State filed the following documents under seal:  (a)

27  Opposition to Certain Defendants' Motion to Dismiss *Per Se* Claim (Dkt. No. 45) ("Opposition"),

28  DECLARATION OF MICHAEL J. FITZGERALD IN
    SUPPORT OF RESPONSE TO STATE'S MOTIONS TO
    SEAL (NO. 3:17-cv-05690-BHS)                    -1-

1   (b) Declaration of Stephen T. Fairchild in Support of Opposition to Certain Defendants' Motion to

2   Dismiss *Per Se* Claim, with attached exhibits (Dkt. No. 46), (c) Motion for Partial Summary

3   Judgment on Count One (Dkt. No. 49) ("Motion"), and (d) Declaration of Stephen T. Fairchild in

4   Support of State's Motion for Partial Summary Judgment on Count One, with attached exhibits

5   (Dkt. No. 50).  The State simultaneously filed its redacted Opposition (Dkt. No. 44, later revised at

6   Dkt. No. 53-1), and redacted Motion (Dkt. No. 48, later revised at Dkt. No. 54-1).

7          4.      Exhibit A to the State's Opposition is the Management Services Agreement

8   between Franciscan and The Doctors Clinic ("TDC"), produced by Defendants during the pre-

9   complaint investigation at CHI Franciscan-AG-000157.  The redacted portions of this document

10  reflect the confidential terms of physician compensation, the competitively sensitive terms of

11  physician employment, confidential business strategy, and pricing strategy.

12         5.      Exhibit B to the State's Opposition is TDC and Viewmont Properties' Quarterly

13  Meeting Agenda dated March 23, 2016, produced by Defendants during the pre-complaint

14  investigation at TDC000639.   The redacted information in this document reflects TDC's

15  confidential business strategy.

16         6.      Exhibit D to the State's Opposition consists of excerpts from the pre-complaint

17  investigation deposition transcript of Brian Chandler.  The redacted information in this document

18  reflects TDC's confidential business strategy.

19         7.      Exhibit E to the State's Opposition consists of excerpts from the pre-complaint

20  investigation deposition transcript of Randall Moeller.  The redacted information in this document

21  reflects confidential business strategy and the competitively sensitive terms of physician

22  employment.

23         8.      Exhibit H to the State's Opposition consists of TDC's Answers to Civil

24  Investigative Demand.  The redacted information in this document reflects confidential payer

25  negotiation strategy and business strategy.

26

27

28

9.     Exhibit I to the State's Opposition consists of an email produced by Defendants during the pre-complaint investigation at CHI Franciscan-AG-007933.   This exhibit reflects confidential pricing strategy.

10.     The unredacted version of the State's Opposition contains summaries and excerpts of confidential competitively sensitive information contained in Exhibits A, B, D, E, H, and I.

11.     Exhibit A to the State's Motion consists of excerpts from the pre-complaint investigation deposition transcript of Brian Chandler.  The redacted information in this document reflects the confidential terms of physician compensation, payer negotiation strategy, business strategy, and pricing strategy.

12.     Exhibit B to the State's Motion consists of excerpts from the pre-complaint investigation deposition transcript of Randall Moeller.  The redacted information in this document reflects confidential business strategy and the competitively sensitive terms of employment.

13.     Exhibit C to the State's Motion consists of excerpts from the pre-complaint investigation deposition transcript of Dhyan Lal.  The redacted information in this document reflects Franciscan's confidential payer negotiation strategy and business strategy.

14.     Exhibit D to the State's Motion consists of excerpts from the pre-complaint investigation deposition transcript of Peter O'Connor.  The redacted information in this document reflects Franciscan's confidential business strategy and the competitively sensitive terms of physician employment.

15.     Exhibit E to the State's Motion consists of excerpts from the pre-complaint investigation deposition transcript of David Schultz.  The redacted information in this document reflects competitively sensitive terms of employment.

16.     Exhibit G to the State's Motion is TDC's Board of Directors meeting minutes dated September 10, 2015, produced by Defendants during the pre-complaint investigation at TDC0000594. This document contains information about TDC's confidential business strategy.

17.     Exhibit H to the State's Motion is TDC and Viewmont Properties' Quarterly Shareholder meeting minutes dated September 17, 2015, produced by Defendants during the pre-

1  complaint investigation at TDC000838.   The redacted information in this document reflects

2  TDC's confidential business strategy.

3      18.    Exhibit J to the State's Motion is TDC and Viewmont Properties' Quarterly

4  Shareholder Meeting agenda dated September 17, 2015, produced by Defendants during the pre-

5  complaint investigation at TDC000841.   The redacted information in this document reflects

6  TDC's confidential business strategy.

7      19.    Exhibit K to the State's Motion is TDC and Viewmont Properties' Annual

8  Shareholder Meeting minutes dated December 9, 2015, produced by Defendants during the pre-

9  complaint investigation at TDC000903.   The redacted information in this document reflects

10  confidential business strategy

11      20.    Exhibit M to the State's Motion is a joint TDC-Franciscan document discussing the

12  specific terms of physician compensation, produced by Defendants during the pre-complaint

13  investigation at CHI Franciscan-AG-007693.   This document contains information about the

14  confidential terms of physician compensation and the competitively sensitive terms of

15  employment.

16      21.    Exhibit N to the State's Motion is TDC's Board of Directors meeting minutes dated

17  March 17, 2016, produced by Defendants during the pre-complaint investigation at TDC000533.

18  The redacted information in this document reflects confidential business strategy.

19      22.    Exhibit O to the State's Motion is TDC and Viewmont Properties' Quarterly

20  Meeting Agenda dated March 23, 2016, produced by Defendants during the pre-complaint

21  investigation at TDC000639.   The redacted information in this document reflects confidential

22  business strategy.

23      23.    Exhibit P to the State's Motion is the Professional Services Agreement between

24  Franciscan and TDC, produced by Defendants during the pre-complaint investigation at

25  TDC000121.   The redacted information in this document reflects the confidential terms of

26  physician compensation, the competitively sensitive terms of employment, business strategy, and

27  pricing strategy.

28  DECLARATION OF MICHAEL J. FITZGERALD IN
SUPPORT OF RESPONSE TO STATE'S MOTIONS TO
SEAL (NO. 3:17-cv-05690-BHS)          -4-

1       24.     Exhibit Q to the State's Motion is the Management Services Agreement between

2   Franciscan and TDC, produced by Defendants during the pre-complaint investigation at CHI

3   Franciscan-AG-000157.  The redacted information in this document reflects the confidential terms

4   of physician compensation, the competitively sensitive terms of employment, and confidential

5   business strategy.

6       25.     Exhibit T to the State's Motion is TDC's Board of Directors meeting minutes dated

7   October 19, 2016, produced by Defendants during the pre-complaint investigation at TDC000608.

8   The redacted information in this document reflects confidential business strategy, payer

9   negotiation strategy, and the competitively sensitive terms of physician employment.

10      26.     Exhibit U to the State's Motion is TDC's Board of Directors meeting minutes dated

11  November 2, 2016, produced by Defendants during the pre-complaint investigation at

12  TDC000614.  The redacted information in this document reflects confidential business strategy,

13  payer negotiation strategy, and the competitively sensitive terms of physician employment.

14      27.     Exhibit V to the State's Motion is TDC's Board of Directors meeting minutes dated

15  November 16, 2016, produced by Defendants during the pre-complaint investigation at

16  TDC000620.  The redacted information in this document reflects confidential business strategy

17  and the competitively sensitive terms of employment.

18      28.     Exhibit W to the State's Motion is TDC's Board of Directors meeting minutes

19  dated December 7, 2016, produced by Defendants during the pre-complaint investigation at

20  TDC000625.  The redacted information in this document reflects confidential business strategy,

21  the confidential terms of physician compensation, and the competitively sensitive terms of

22  physician employment.

23      29.     Exhibit X to the State's Motion is TDC's Board of Directors meeting minutes dated

24  October 5, 2016, produced by Defendants during the pre-complaint investigation at TDC000603.

25  The redacted information in this document reflects confidential business strategy, the confidential

26  terms of physician compensation, and the competitively sensitive terms of employment.

27

28

30.    Exhibit Y to the State's Motion is Franciscan's Amended Response to Civil Investigative Demand.  The redacted information in this document reflects confidential payer negotiation strategy.

31.    Exhibit AA to the State's Motion is TDC's Answers to Civil Investigative Demand, excerpted.  The redacted information in this document reflects confidential payer negotiation strategy and business strategy.

32.    Exhibit BB to the State's Motion is TDC's Board of Directors meeting minutes dated July 14, 2016, produced by Defendants during the pre-complaint investigation at TDC000564.  The redacted information in this document reflects confidential business strategy and the competitively sensitive terms of physician employment.

33.    Exhibit CC to the State's Motion is TDC's Board of Directors meeting minutes dated July 21, 2016, produced by Defendants during the pre-complaint investigation at TDC000569.  The redacted information in this document reflects confidential business strategy and the competitively sensitive terms of physician employment.

34.    Exhibit DD to the State's Motion is TDC's Board of Directors meeting minutes dated August 25, 2016, produced by Defendants during the pre-complaint investigation at TDC000584.  The redacted information in this document reflects confidential business strategy and the competitively sensitive terms of physician employment.

35.    The unredacted version of the State's Motion contains summaries and excerpts of confidential competitively sensitive information contained in Exhibits A through E, G, H, J, K, M through Q, T through Y, and AA through DD.

36.    Disclosure of the confidential and competitively sensitive information described in Paragraphs 4-35 would place Franciscan and the other Defendants at a competitive disadvantage. Other healthcare providers who compete with the Defendants could use the information to obtain an unfair advantage in competitive negotiations with payers, physicians, and physician practices. Disclosure of the information would harm Defendants and competition generally.

DECLARATION OF MICHAEL J. FITZGERALD IN
SUPPORT OF RESPONSE TO STATE'S MOTIONS TO
SEAL (NO. 3:17-cv-05690-BHS)          -6-

1        I declare under penalty of perjury under the laws of the United States of America and the

2 State of Washington that the foregoing is true and correct.

3        Executed on this <u>7th</u> day of December, 2017.

4

5                                                             _____

6                                           Michael J. Fitzgerald

7                                           Chief Financial Officer,
                                          Franciscan Health System

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL J. FITZGERALD IN
SUPPORT OF RESPONSE TO STATE'S MOTIONS TO
SEAL (NO. 3:17-cv-05690-BHS)                 -7-

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

*Counsel for Plaintiff*
Stephen T. Fairchild
Erica A. Koscher
Assistant Attorneys General
Antitrust Division
Attorney General of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
stephenf2@atg.wa.gov
ericak@atg.wa.gov

*Pro Hac Vice Counsel for FHS, FMG & WSO:*
Mitchell D. Raup
Herbert F. Allen
Polsinelli PC
1401 I Street, NW, Suite 800
Washington, DC 20005
mraup@polinelli.com
hallen@polinelli.com

*Pro Hac Vice Counsel for FHS, FMG & WSO:*
Matthew C. Hans
Polsinelli PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
mhans@polsinelli.com

*Counsel for The Doctors Clinic:*
Douglas C. Ross
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
douglasross@dwt.com

*Counsel for Defendant WestSound Orthopaedics:*
Matthew Turetsky
Schwabe, Williamson & Wyatt P.C.
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
mturetsky@schwabe.com

*Pro Hac Vice Counsel for WestSound Orthopaedics:*
Thomas M. Triplett
Schwabe, Williamson & Wyatt, P.C.
360 SW Bond Street, Suite 500
Bend, OR 97702
ttriplett@schwabe.com

Dated at Tacoma, Washington this 8th day of December 2017.

s/ Deidre M. Turnbull
Deidre M. Turnbull
Legal Assistant
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC

DECLARATION OF MICHAEL J. FITZGERALD IN
SUPPORT OF RESPONSE TO STATE'S MOTIONS TO
SEAL (No. 3:17-cv-05690-BHS)                    -8-