1

The Honorable Benjamin H. Settle

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8

9 | STATE OF WASHINGTON,

NO.  3:17-cv-05690-BHS

10 | Plaintiff,

SCHEDULING ORDER

11 | v.

12 | FRANCISCAN HEALTH SYSTEM
d/b/a CHI FRANCISCAN HEALTH, et
13 | al.

14 | Defendants.

15

16 Upon consideration of the parties' Stipulated Motion to Enter Scheduling Order, and

17 based on the Court's having set trial in this matter to begin on March 19, 2019 and the

18 Pretrial Conference to occur on March 4, 2019 (Dkt. No. 66), the Court hereby ORDERS that

19 the parties shall observe the following case schedule:

20

| | |
|---|---|
| Deadline to join parties and amend pleadings | Friday, Apr. 6, 2018 |
| Fact discovery cutoff | Friday, Sept. 14, 2018 |
| Parties to identify experts and serve opening expert reports | Friday, Sept. 28, 2018 |
| Parties to identify rebuttal experts and serve rebuttal expert reports | Friday, Oct. 26, 2018 |
| Expert discovery cutoff | Wednesday, Nov. 14, 2018 |
| Deadline to file dispositive and *Daubert* motions | Friday, Nov. 30, 2018 |

21

22

23

24

25

26

[STIPULATED PROPOSED] SCHEDULING
ORDER
(NO.  3:17-CV-05690-BHS)

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
1301 A Street, Suite 900
Tacoma, WA  98402
p. 253-328-7800  ·  f. 253-272-0386

-1-

| Responses to dispositive and *Daubert* motions | by Thursday, Dec. 20, 2019 |
|---|---|
| Replies in support of dispositive and *Daubert* motions | by Wednesday, Jan. 9, 2019 |
| Plaintiff's pretrial statement | Wednesday, Jan. 16, 2019 |
| Defendants' pretrial statement | Friday, Jan. 25, 2019 |
| Conference of attorneys prior to pretrial order | by Tuesday, Feb. 5, 2019 |
| Agreed pretrial order | Friday, Feb. 15, 2019 |
| Date to file<br>  &bull;  Proposed findings of fact and conclusions of law<br>  &bull;  Memoranda of law<br>  &bull;  Deposition designations<br>  &bull;  Motions in limine<br>      &deg;  Pursuant to LCR 7(d)(4), after a meet and confer, all motions in limine shall be filed as one motion and shall be noted on the motions calendar no earlier than the third Friday after filing. Any response shall be filed no later than the Monday before the noting date. No reply papers shall be filed. | Wednesday, Feb. 27, 2019 |
| Pretrial conference | Monday, March 4, 2019 |
| Trial | Tuesday, March 19, 2019 (14-15 days) |

IT IS SO ORDERED.

DATED this 24 day of January, 2018.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

[STIPULATED PROPOSED] SCHEDULING
ORDER
(NO. 3:17-CV-05690-BHS)

-2-

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
1301 A Street, Suite 900
Tacoma, WA 98402
p. 253-328-7800 · f. 253-272-0386