The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCISCAN HEALTH SYSTEM d/b/a CHI FRANCISCAN HEALTH; FRANCISCAN MEDICAL GROUP; THE DOCTORS CLINIC, A PROFESSIONAL CORPORATION; and WESTSOUND ORTHOPAEDICS, P.S.,<br><br>  Defendants. | NO. 3:17-cv-05690<br><br>**ORDER ON STATE'S UNOPPOSED MOTION TO SEAL STATE'S UNREDACTED REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT ONE AND DECLARATION OF ERICA A. KOSCHER WITH CERTAIN EXHIBITS** |

On May 4, 2018, Plaintiff, the State of Washington (the "State") filed an unopposed Motion to Seal State's Unredacted Reply Brief in Support of Motion for Partial Summary Judgment on Count One, the Declaration of Erica A. Koscher in Support of State's Reply Brief in support of Motion for Partial Summary Judgment on Count One, and Certain Exhibit attached to the Declaration. The Motion pertained to a portions of a deposition transcript designated as confidential by Defendant The Doctors Clinic. Pursuant to LCR 5(g), the State has filed a redacted version of its Motion and attached Declaration Exhibit A on the public

ORDER ON STATE'S MOTION TO SEAL STATE'S UNREDACTED REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT ONE AND DECLARATION OF ERICA A. KOSCHER WITH CERTAIN EXHIBITS -- NO. 3:17-cv-05690-BHS

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

docket, and is filing unredacted versions of the Motion, Declaration, and Declaration Exhibits under seal.

Having considered Plaintiff's Motion and the applicable law, pursuant to LCR 5(g), **IT IS HEREBY ORDERED** that the motion is:

[X]  **GRANTED IN ITS ENTIRETY.** The unredacted version of the State's Motion for Partial Summary Judgment on Count One, the Declaration of Erica A. Koscher in Support of State's Reply Brief in support of Motion for Partial Summary Judgment on Count One, and Exhibit A attached to the Declaration shall remain under seal.

Dated this 12th day of June, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Stephen T. Fairchild
STEPHEN T. FAIRCHILD, WSBA No. 41214

Assistant Attorney General
Antitrust Division
Attorney General of Washington
800 Fifth Ave, Suite 2000
Seattle, WA 98104-3188
(206) 389-2848
stephenf2@atg.wa.gov

ORDER ON STATE'S MOTION TO SEAL STATE'S UNREDACTED REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT ONE AND DECLARATION OF ERICA A. KOSCHER WITH CERTAIN EXHIBITS  --  NO. 3:17-cv-05690-BHS

2

ERROR! AUTOTEXT ENTRY NOT DEFINED.