The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>   v.<br><br>FRANCISCAN HEALTH SYSTEM d/b/a CHI FRANCISCAN HEALTH; FRANCISCAN MEDICAL GROUP; THE DOCTORS CLINIC, A PROFESSIONAL CORPORATION; and WESTSOUND ORTHOPAEDICS, P.S.,<br><br>               Defendants. | No. 3:17-cv-05690-BHS<br><br>**STIPULATION TO EXTEND TIME BEYOND DISCOVERY CUTOFF TO RESOLVE DISPUTES RELATING TO NON-PARTY PREMERA BLUE CROSS'S PRIVILEGE WITHHOLDINGS AND FOR NON-PARTY PREMERA BLUE CROSS'S SUPPLEMENTAL SUBPOENA RESPONSE**<br><br>NOTE ON MOTION CALENDAR: October 12, 2018 |

Defendants Franciscan Health System and Franciscan Medical Group (collectively "Franciscan") and The Doctors Clinic ("TDC") and Plaintiff, the State of Washington (the "State") stipulate and move the Court as follows:

That the fact discovery cutoff of October 12, 2018, be continued to October 26, 2018, for the limited purposes of (a) allowing the resolution of privilege disputes related to non-party Premera Blue Cross, and (b) allowing non-party Premera Blue Cross to respond to Franciscan's supplemental subpoena served October 11, 2018.

Defendants and non-party Premera are cooperating in an attempt to narrow and resolve the two issues noted above to avoid the need for the Court's intervention. The parties agree that

STIPULATION TO EXTEND TIME BEYOND DISCOVERY CUTOFF TO RESOLVE DISPUTES - 1
(Case No. 3:17-cv-05690-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

if disputes remain by October 26, 2018 with respect to documents produced or withheld by Premera on the basis of privilege or relating to Premera's response to Franciscan's supplemental subpoena, the parties will not raise timeliness objections to the filing of motions to compel production of these documents and/or to seek in camera review.

Dated: October 12, 2018

/s/     Herb Allen
Herbert Allen (*pro hac vice*)
Polsinelli PC
1401 Eye Street N.W., Suite 800
Washington, D.C. 20005
(202) 626-8307
hallen@polsinelli.com

*Attorney for Defendant Franciscan Health Systems d/b/a CHI Franciscan Health, Franciscan Medical Group, and WestSound Orthopaedics, P.S.*

Dated: October 12, 2018

/s/     Doug Litvack
Douglas Litvack (*pro hac vice*)
Douglas C. Ross, WSBA No. 12811
David A. Maas, WSBA No. 50694
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150
davidmaas@dwt.com

*Attorney for Defendant The Doctors Clinic, a Professional Corporation*

Dated: October 12, 2018

/s/

Erica A. Koscher, WSBA No. 44281
Stephen T. Fairchild, WSBA No. 41214
Assistant Attorneys General
Antitrust Division
Attorney General of Washington
800 Fifth Ave, Suite 2000
Seattle, WA 98104-3188
(206) 326-5484 (Koscher)
(206) 389-2848 (Fairchild)

STIPULATION TO EXTEND TIME BEYOND DISCOVERY CUTOFF TO RESOLVE DISPUTES - 2
(Case No. 3:17-cv-05690-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

EricaK@atg.wa.gov
stephenf2@atg.wa.gov

*Attorneys for the State of Washington*

**ORDER**

IT IS SO ORDERED

Dated:

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION TO EXTEND TIME BEYOND DISCOVERY CUTOFF TO RESOLVE DISPUTES - 3
(Case No. 3:17-cv-05690-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  DATED this 12th day of October, 2018.

2                                         Respectfully submitted,

3

4                                         By: /s/ Doug Litvack
                                          Douglas Litvack (*pro hac vice*)
5                                         Douglas C. Ross, WSBA No. 12811
                                          David A. Maas, WSBA No. 50694
6                                         Davis Wright Tremaine LLP
                                          1201 Third Avenue, Suite 2200
7                                         Seattle, WA 98101-3045
                                          Tel: 206-622-3150   Fax: 206-757-7135
8                                         douglitvack@dwt.com
9                                         douglasross@dwt.com
                                          davidmaas@dwt.com
10
                                          *Attorneys for Defendant The Doctors Clinic, a*
11                                        *Professional Corporation*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO EXTEND TIME BEYOND DISCOVERY CUTOFF TO
RESOLVE DISPUTES - 4
(Case No. 3:17-cv-05690-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Maas    davidmaas@dwt.com, ginachan@dwt.com, stephaniechilds@dwt.com

Deanna R White    deanna@favros.com, deidre@favros.com

Douglas C. Ross    douglasross@dwt.com, deniseratti@dwt.com, seadocket@dwt.com

Erica Ann Koscher    ericak@atg.wa.gov, ATSeaEF@ATG.WA.GOV

Herbert F Allen    HAllen@Polsinelli.com, DCDocketing@polsinelli.com, JAJackson@polsinelli.com, JFriedman@polsinelli.com, SMetzger@polsinelli.com

Matthew Turetsky    mturetsky@schwabe.com, docket@schwabe.com, fretonio@schwabe.com

Matthew C Hans    mhans@polsinelli.com

Mitchell D Raup    mraup@polsinelli.com

Scott M O'Halloran    scott@favros.com, brie@favros.com

Stephen T Fairchild    stephenf2@atg.wa.gov, atseaef@atg.wa.gov, graces1@atg.wa.gov

Thomas McIntyre Triplett    ttriplett@schwabe.com

and I hereby certify that a copy was mailed by United States Postal Service to the following non-CM/ECF participants:

N/A

DATED this 12th day of October, 2018.

By____/s/____Doug Litvack_____
Douglas Litvack (*pro hac vice*)

STIPULATION TO EXTEND TIME BEYOND DISCOVERY CUTOFF TO RESOLVE DISPUTES - 5
(Case No. 3:17-cv-05690-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax