# EXHIBIT A

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

Cory Stephen Capps, Ph.D.                    December 4, 2018

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

- - - - - - - - - - - - - - x

STATE OF WASHINGTON,          :

       Plaintiff          :

       VS.               :  NO. 3:17-CV-05690

FRANCISCAN HEALTH SYSTEM   :
d/b/a CHI FRANCISCAN HEALTH;
FRANCISCAN MEDICAL GROUP;   :
THE DOCTORS CLINIC, a
Professional Corporation;   :
and WESTSOUND ORTHOPAEDICS,
P.S.,                       :

       Defendants      :  Pages 1-308

- - - - - - - - - - - - - - x

Washington, DC

Tuesday, December 4, 2018


     Videotaped Deposition of CORY STEPHEN

CAPPS, PH.D., A witness herein, called for

examination by counsel for the Defendants in the

above-entitled matter, pursuant to notice, the

witness being duly sworn by SHERRY L. BROOKS,

Certified LiveNote Reporter and a Notary Public, in

and for the District of Columbia, taken at Bates

White, LLC, 2001 K Street, NW, North Building, Suite

500, Washington, DC, 20006, at 9:46 a.m., when were

present on behalf of the respective parties:

Cory Stephen Capps, Ph.D.                        December 4, 2018

Page 2

```
 1   APPEARANCES:

 2       On behalf of the Plaintiff:

 3             ERICA A. KOSCHER, ESQUIRE

 4             RENE D. TOMISSER, ESQUIRE

 5             JUSTIN WADE, ESQUIRE

 6             ATTORNEY GENERAL OF WASHINGTON

 7             800 Fifth Avenue

 8             Suite 2000

 9             Mallstop TB-14

10             Seattle, WA  98104

11             (206) 326-5484

12             E-mail:  Ericak@atg.wa.gov

13             E-mail:  Justinw@atg.wa.gov

14

15       On behalf of Defendants:

16             MITCHELL D. RAUP, ESQUIRE

17             HERBERT F. ALLEN, ESQUIRE

18             ALEXA R. DICUNZOLO, ESQUIRE

19             POLSINELLI, PC

20             1401 Eye Street, NW, Suite 800

21             Washington, DC  20005

22             (202) 626-8352

23             E-mail:  Mraup@polsinelli.com

24             E-mail:  Hallen@polsinelli.com

25             E-mail:  Adicunzolo@polsinelli.com
```

Cory Stephen Capps, Ph.D.                    December 4, 2018

Page 3

1    APPEARANCES CONTINUED:

2

3    ALSO PRESENT:

4

5        Pat Ruffner - Videographer

6        Kristin Terris, Ph.D. - Independent Consultant

7        Paul E. Wong, Ph.D. - Independent Consultant

8        Douglass Ross, Davis Wright -

9          The Doctors Clinic (via telephone)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Cory Stephen Capps, Ph.D.                    December 4, 2018

Page 25

1    amount remaining from the economic side.

2              So if we're at one and a quarter now,

3    there may be -- gosh -- less than a few hundred

4    thousand dollars incremental, is my understanding --

5    my expectation, rather.

6         Q.    So maybe in the neighborhood of $1.5

7    million through trial?

8         A.    Yes.  That's reasonable.

9         Q.    In paragraph 18 of your reply report, you

10   state that one area on which you and Dr. Wu largely

11   agree is that you both use the horizontal merger

12   guidelines to define relevant markets, correct?

13        A.    Yes.

14        Q.    And you also use other tools of merger

15   analysis from the horizontal merger guidelines,

16   correct?

17        A.    Yes.

18        Q.    For example, you use HHIs to measure

19   concentration?

20        A.    Correct.

21        Q.    And you use diversion ratios to assess

22   competitive effects?

23        A.    Correct.

24        Q.    And you reach a conclusion based on the

25   merger guidelines -- and this is in your opening

Cory Stephen Capps, Ph.D.                    December 4, 2018

Page 26

1    report in paragraph 300 that:  "The posttransaction

2    degree of concentration falls into an intermediate

3    range in which under the horizontal merger guidelines

4    transactions, 'potentially raise significant

5    competitive concerns and often warrant scrutiny'."

6              That's a quote from the merger guidelines,

7    correct?

8         A.    The last bit of what you said is a quote

9    from the merger guidelines.  The first bit is from my

10   report.

11        Q.    Yes.

12        A.    And that is -- that whole excerpt is

13   focused on adult PCP services.  There are different

14   levels of concentration associated with higher --

15   with the orthopaedic side.

16        Q.    And the quote we are discussing relates to

17   the TDC transaction and primary care, correct?

18        A.    Correct.

19        Q.    So you applied the horizontal merger

20   guidelines to both the WSO and TDC transactions?

21        A.    Yes.

22        Q.    And you used the same methods to analyze

23   both of those transactions, correct?

24        A.    Yes.

25        Q.    You didn't analyze the TDC transaction as

# EXHIBIT B

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

| | |
|---|---|
| **From:** | Wicks, Brian M.D. |
| **To:** | Hoisington, Greg D.O. |
| **Sent:** | 7/13/2016 9:18:36 PM |
| **Subject:** | Re: CHI Franciscan Health and WestSound Orthopaedics Joining Together |

Who the fuck did people go to before the WSO buyout?
Ketul brought along Kruse and Cross. He is suspect right from the start.
However, one must people PC and not denigrate the overlords.
Oh, how healthcare has progressed in our county.
I can't wait to hear how CHI messages the addition of TDC to FMG.
"You can now get your outpatient care in a complex, relatively unsafe, and vastly more expensive location. You are welcome, Kitsap County...

Brian P. Wicks, MD

On Jul 13, 2016, at 3:34 PM, Hoisington, Greg D.O. <ghoisington@thedoctorsclinic.com> wrote:

Greg Duff will also be using Holy Water

**From:** Chandler, Brian
**Sent:** Wednesday, July 13, 2016 3:16 PM
**To:** Hoisington, Greg D.O.; They
**Subject:** RE: CHI Franciscan Health and WestSound Orthopaedics Joining Together

The Sun published something earlier:

# WestSound Orthopaedics affiliates with CHI Franciscan

Posted: 12:25 p.m.
0 Comments
SHARE
By Kitsap Sun Staff
Posted: 12:25 p.m. 0

SILVERDALE — CHI Franciscan Health announced an affiliation agreement Wednesday with Silverdale-based WestSound Orthopaedics.

CHI Franciscan, parent company of Harrison Medical Center, is acquiring the orthopedic group's assets and will lease its Silverdale location, according to a news release. WestSound Orthopaedics will continue to operate under its current name as part of Franciscan Medical Group. The agreement took effect July 1.

WestSound Orthopaedics President Dr. Gregory Duff said the affiliation was "critical to maintaining exceptional patient care in this changing health care landscape."

"This relationship ensures the patients in this community will receive the highest quality of care moving forward," Duff said in the release.

EXHIBIT
7B    6-13-18
Wicks
PENGAD 800-631-6989

TDC304438

CHI Franciscan CEO Ketul Patel said the affiliation will increase access to orthopedic care and sports medicine for Kitsap County residents.

Founded in 2005, WestSound Orthopaedics has grown rapidly in recent years, adding staff and satellite locations across the county. The group's providers already work regularly in Harrison facilities, including the orthopedic hospital in Silverdale.

This story will be updated later today.

They couldn't come up with a better quote for Patel than expanding access?

---

**From:** Hoisington, Greg D.O.
**Sent:** Wednesday, July 13, 2016 3:07 PM
**To:** They
**Subject:** FW: CHI Franciscan Health and WestSound Orthopaedics Joining Together

It's official

---

**From:** Patel, Ketul (Tacoma) [mailto:francomm@catholichealth.net]
**Sent:** Wednesday, July 13, 2016 3:01 PM
**To:** Hoisington, Greg D.O.
**Subject:** CHI Franciscan Health and WestSound Orthopaedics Joining Together

To view this email as a web page, go here.

July 13, 2016

## MEMO

TO:       CHI Franciscan Health Medical Staff

FROM:    Ketul J. Patel, Chief Executive Officer

RE:       CHI Franciscan Health and WestSound Orthopaedics Joining Together

I am pleased to announce that CHI Franciscan Health and WestSound Orthopaedics are affiliating to enhance access to care for the communities of Kitsap Peninsula. The partnership is part of our strategic growth objective to develop the most efficient health care delivery system in the Puget Sound. Patients throughout the Peninsula will increasingly experience the convenience of access to orthopedic care and sports medicine close to home.

For more than a decade, WestSound Orthopaedics has served Kitsap County communities with orthopedic service providers in three locations. Providers specialize in orthopedic consulting and surgical care, hip and knee joint replacement, foot and ankle surgery, occupational medicine, as well as many other orthopedic and sports medicine services. The group also offers a same-day orthopedic urgent care. Our affiliation will augment our existing specialty services to area residents and enhance our network of high quality, safe orthopedic care.

Beginning July 1, WestSound Orthopaedics' service providers, and staff joined CHI Franciscan Health's Franciscan Medical Group. With the affiliation, we will purchase WestSound Orthopaedics' medical and office equipment and assume the lease of its Silverdale locations.

Together we are building an industry-leading, patient-centered health care system and delivering on our promise to be the premier health care system in the Pacific Northwest.

TDC304439

CHI-FH white footer 710px
© 2016 CHI Franciscan Health. All rights reserved.
Proprietary and Confidential - For internal distribution only. Contact the Editor.

This email was sent to: ghoisington@thedoctorsclinic.com

This email was sent by: CHI Franciscan Health
PO Box 2197, Tacoma, WA, 98401, USA

We respect your right to privacy - view our policy

TDC304440

# EXHIBIT C

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206.464.7744

# Why hospitals should keep their friends close, and their ASCs closer

Brooke Murphy - Wednesday, May 4th, 2016 Print | Email

The shift toward value-based care models is changing how hospitals think about the business of surgery.

Kevin Kennedy, principal at ECG Management Consultants, and Naya Kehayes, founder and principal of Eveia Health, a division of ECG, discussed the changing ideology behind hospital surgical services during a presentation at *Becker's Hospital Review 7th Annual Meeting* in Chicago April 28.

"In progressive organizations that are serious about population health, the dialogue around surgical services has changed dramatically," said Mr. Kennedy. Operating rooms, traditionally the most profitable part of the hospital business, are now the greatest threat to an organization's success under risk-based contracts.

Mr. Kennedy pointed out several large health systems that have made significant investments in surgical centers. Sacramento-based Sutter Health owns six surgical centers spread throughout southern California. Dallas-based Tenet Healthcare partnered with Addison, Texas-based USPI in a joint venture under which the two parties will share ASC ownership.

And there are a number of reasons why surgical centers have recently become an appealing investment opportunity for hospitals and health systems, Ms. Keyhayes said. Hospitals are under increasing pressure from Medicare and commercial payers to move surgical services off-site, where care is significantly less costly. Due to advancing clinical technologies, a greater number of complex surgeries can be performed in an outpatient setting. Partnering with an ASC increases a hospital's number of available beds to accommodate more procedures and spur productivity. New device-intensive codes have also increased reimbursement levels to surgery centers.

Traditionally, physician-owned surgical centers staunchly guarded their independence, but changes in the healthcare environment are spurring ASCs to consider new business deals with hospitals, said Ms. Keyhayes. Entering into a joint venture with a hospital can enhance physician compensation by driving new business into the surgical center and providing its physicians with key support.

Commercial and government payers have already expressed interest in partnering with surgical centers. Because ASCs already know their exact costs for each medical procedure they perform, and their operations are significantly more cost-effective, ASCs offer a value-proposition under bundled payment schemes.

And some insurers have no qualms about adopting aggressive strategies to improve their own bottom line. "One health plan has agreed to pay an orthopedic physician group double-digit rate increases for a period of several years, contingent upon the group moving all total joint replacement surgeries out of hospital settings and into its ASC," said Mr. Kennedy. "Hospital leaders are not aware of this agreement. We expect anecdotes like these to become more common as payers push risk-based models."

**More articles on hospital and physician alignment issues:**

2 ways systems can come of age, gain efficiencies around medical staff issues
7 steps for building a clinically integrated network
Why Mayo Clinic is picking up the check for physicians to dine together

© Copyright ASC COMMUNICATIONS 2019. Interested in LINKING to or REPRINTING this content? View our policies by clicking here.

Cause No. 3:17-cv-05690-BHS
Plaintiff Exhibit No 652
Admitted: _____

To receive the latest hospital and health system business and legal news and analysis from *Becker's Hospital Review*, sign-up for the free *Becker's Hospital Review E-weekly* by <u>clicking here</u>.

# EXHIBIT D

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744



Exhibit No.
806
Kennedy
12-3-18
Cynthia A. Kennedy, CSR,RPR

June 2017

# ASCs at a Tipping Point:
# The New Reality of Surgical
# Services for Health Systems

ECG MANAGEMENT CONSULTANTS

# INTRODUCTION

For decades, surgeries performed in hospital operating rooms (ORs) have been among the most profitable services in healthcare. As a result, most hospitals regard inpatient (IP) surgery as their crown jewel. It makes money, and hospitals without high surgical volumes have struggled financially. Attracting busy surgeons has been a mainstay strategy, and at times it has seemed as if hospitals' business development efforts have been geared primarily toward securing surgery volumes. Neurosurgery, cardiac surgery, and orthopedics have traditionally been the most prestigious and profitable programs at hospitals.

In contrast, health systems have had a love-hate relationship with ambulatory surgery centers (ASCs). Only when push came to shove—when facing the catastrophic loss of hundreds of cases, or a medical staff rebellion—have most hospitals been willing to consider joint ventures with surgeons interested in ASCs. Many other hospitals watched helplessly as "their" cases left for ASCs in which they had no ownership interest.

ASCs are not a new idea—they have been with us for over 40 years—but interest in them is escalating. There are over 5,000 Medicare-certified ASCs in the United States, and the number continues to grow, as do their service capabilities. Consider the following developments:

- In early 2017, UnitedHealth Group announced a $2.3 billion acquisition of Surgical Care Affiliates.

- In 2015, Tenet Health formed a $2.6 billion joint venture with USPI.

- A northeastern health system intends to develop a network of more than 30 ASCs.

- A southwestern health system has plans to develop more than 20 ASCs, with an in-house ASC management company to support the network.

- A southeastern health system is seeking to develop or acquire more than 10 centers in its market area.

Clearly, the IP-dominated paradigm for surgery is evolving rapidly, with some of the most profitable cases transitioning to ASCs. Forward-looking health systems are investing heavily in this shift—in some cases strategically reducing IP revenue to better position their systems for the future. Dozens of health systems have already made this change, and many more are in the process. We believe that ASCs are at a tipping point in the evolution of health care delivery, and hospitals without a comprehensive ambulatory surgery strategy are putting their institutions at great risk.

In this paper, we will describe the forces that are changing surgery and outline strategic considerations for navigating this fundamental shift in a crucial business.



# DRIVING CHANGE IN THE SURGERY LANDSCAPE

First we will focus on the five main drivers of the changing surgery landscape and movement toward the ASC model: the shift to value-based care; reimbursement changes for ASCs; the accelerating transition to outpatient (OP) care; and both the superior patient and physician experience offered by ASCs.

## I Shift to Value

The shift to value is requiring health system leaders to rethink many of their tried-and-true strategies, and providers are being pushed to reduce costs, improve quality, and enhance patient satisfaction and convenience. Further, commercial and governmental payors are seeking more transparency regarding site of service on reimbursement rates. With these factors in mind, many health system leaders are directing surgical services out of the hospital IP setting and into the OP setting.

Under the evolving paradigm for surgery, IP ORs are a cost center and, like other expenses, are a target for evaluation and reduction. The historic protective impulse to keep volume in the hospital is giving way to a greater focus on transitioning care to lower-cost settings. Migration of surgical services from IP to hospital OP departments (HOPDs) and ultimately to ASCs is highly motivated by the significant opportunity for cost savings.

> "Migration of surgical services from IP to hospital OP departments (HOPDs) and ultimately to ASCs is highly motivated by the significant opportunity for cost savings."

3

## II Reimbursement Changes: Payment Rates Are Impacting Migration Across Sites of Service

CMS implemented the Outpatient Prospective Payment System (OPPS) for HOPDs in 2000 and for ASCs in 2004. Since that time, Medicare has been seeking to level the playing field for payment methodologies between hospitals and ASCs. In 2017, the dollar value of Medicare HOPD rates compared to ASC rates is approximately 55% for all approved ASC services, so ASCs represent a meaningful savings to CMS and commercial payors. In 2017, CMS approved meaningful rate increases for several total joint procedures, ranging from 45.2% to 58.7% (see **exhibit I**), which enables migration to the ASC model. Medicare is clearly motivated to identify opportunities for added savings, both by increasing the number and type of ASC-eligible cases and by providing incentives for ASC operators to perform them.

Commercial payors nationwide have also migrated to the APC (or APC-like) payment methodology in many markets. These payors are aligning payment systems in hospital payor contracts with ASC payor contracts. Therefore, when CMS modifies payment systems, it sets the stage for the commercial payors to adopt the same or a modified version of the Medicare methodologies as a platform for ASC reimbursement. Commercial payors are implementing aggressive contracting initiatives and are commonly moving hospital OP surgery reimbursement to ASC reimbursement methodologies with differentials that are closing the gap between ASC and hospital reimbursement rates.

### Exhibit I—ASC Total Joint Medicare Rate Increases, 2017

| CPT Code | Description | 2016 Medicare ASC Rate | 2017 Medicare ASC[1] Rate | Difference ($) | Difference (%) |
|---|---|---|---|---|---|
| 24361 | Reconstruct Elbow Joint | $7,887 | $12,514 | $4,628 | 58.7% |
| 25446 | Wrist Replacement | $7,887 | $12,313 | $4,426 | 56.1% |
| 24363 | Replace Elbow Joint | $7,887 | $12,122 | $4,236 | 53.7% |
| 25442 | Reconstruct Wrist Joint | $7,887 | $12,107 | $4,220 | 53.5% |
| 24371 | Revise Reconstruct Elbow Joint | $7,887 | $11,684 | $3,797 | 48.1% |
| 23616 | Treat Humerus Fracture | $7,887 | $11,357 | $3,471 | 44.0% |
| 27443 | Revision of Knee Joint | $3,533 | $4,981 | $1,449 | 41.0% |
| 25443 | Reconstruct Wrist Joint | $2,486 | $3,817 | $1,331 | 53.5% |
| 26531 | Revise Knuckle with Implant | $2,486 | $3,684 | $1,198 | 48.2% |
| 25445 | Reconstruct Wrist Joint | $2,486 | $3,609 | $1,123 | 45.2% |

[1] Centers for Medicare & Medicaid Services, Ambulatory Surgical Center (ASC) Payment, December 30, 2016, retrieved January 26, 2017, https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/ASCPayment/index.html.

## III The Shift to OP Care: More High-Acuity Cases Are Coming to an ASC Near You

Advances in technology, smaller incision sites, and OP anesthesia and pain management are only some of the contributing factors that have enabled the migration of surgery from the IP setting first to an HOPD and then to an ASC (see **exhibit II**). Several states, including Colorado, Nevada, and Illinois, have extended stay recovery laws that allow patients to recover in ASCs for more than 24 hours and up to 72 hours or greater. Extended recovery care licensure is expected to continue to grow as many states, including Florida and Oregon, have proposed legislation and/or are actively pursuing bills for extended recovery care.

Surgery migration to the OP setting is accelerating, with CPT codes that have traditionally been designated as hospital IP–only being approved first for HOPDs and subsequently for the ASC setting. Over the past several years, CMS has added total joint codes and several high-value spine codes, including laminectomy, anterior cervical fusion, and posterior lumbar fusion procedures, to the ASC approved list. As quickly as Medicare is moving, however, they may actually be lagging commercial payors in this area. We often see medical directors for health plans gaining comfort with the cost, quality, and service advantages of migrating cases to ASCs, and many are approving codes for ASCs for complex procedures in total joints, spine surgery, and hysterectomies—ahead of CMS. This has set the stage for further promoting the migration of ambulatory surgery from the hospital to the ASC setting.

CMS's evolving position on total knee arthroplasty (TKA) makes an interesting case study. TKA surgery has been increasingly performed safely and effectively in ASCs on non-Medicare patients. A conservative count of 200 to 300 ASCs nationwide are performing TKAs. In proposing that this code, 27447, be removed from the IP-only list, CMS praised the "innovations[2] in TKA care [that] include minimally invasive techniques, improved perioperative anesthesia, alternative postoperative pain management,

## Exhibit II—The Current State of Care Migration



INPATIENT ⟶ HOPD ⟶ ASC

### Key Drivers

→ Advancement of clinical technologies that allow smaller incisions and shorter stays, enabling higher-acuity cases to be performed safely in the ASC setting

→ Medicare and commercial payor cost pressures

→ Physician motivation finances and efficiency

### Opportunities

Largest growth opportunities for ASCs:

- Total joints
- Laminectomies
- ACDFs
- Lumbar fusions
- Lap hernias
- Lap chelecystectomies
- Hysterectomies
- Cochlear implants

Surgeries that have moved to ASCs, with continued growth opportunities:

- Endoscopy
- ACLs
- Shoulder repairs
- Sinus surgery
- Retina
- Lithotripsy

and expedited rehabilitation protocols," which made it possible for this procedure to be performed in the OP setting. CMS recognizes the benefits of performing TKAs in the OP setting, including "a likelihood of fewer complications, fewer surgical site infections, more rapid recovery, increased patient satisfaction, recovery at home with the assistance of family members, and a likelihood of overall improved outcomes."

Commercial payors seem to agree. Since ASCs present savings opportunities, health plans are increasingly implementing policies that redirect volume out of hospitals and into the ASC setting. In October of 2016, UnitedHealthcare announced a policy that prohibits designated OP surgery procedures from being performed in the HOPD setting without authorization. If these select procedures are performed in the HOPD without authorization, the HOPD will not be reimbursed and is not allowed to seek payment from the patient.[3] ECG has also seen payor arrangements that directly reward physicians for aggressively moving cases away from hospitals and into ASCs.

---

**IV**

## A Better Experience for Patients

Patients are also realizing the benefits of the shift to OP surgery.

### Pricing Transparency and Consumer Demands

With the rise of high-deductible plans and health savings accounts, consumers are more price sensitive than ever, and demand for pricing transparency is on the rise. ASCs charge patients based on a flat fee for all surgical services, inclusive of supplies, incidentals, and often implants. Hospitals typically charge patients based on itemized fees for these items, frequently causing confusion. In some cases, we have evaluated HOPD charges for OP surgeries that are 5 to 10 times greater than those of a competing ASC. With increased pressure to be price competitive, HOPDs are being challenged and many must revisit their pricing methodologies or cede these cases to competitors.

### Patient Experience and Quality

Patients have a strong preference for the convenience of OP facilities with easy parking, line of sight to the front door, and uncrowded spaces. In ASCs, nurse-to-patient ratios are higher—commonly at 2:1—often resulting in higher levels of patient satisfaction and quality of care. ASCs also have lower rates of nosocomial infection than other sites, and patients recover more quickly under the care of anesthesiologists who are highly skilled in OP cases.

---

[2]   Centers for Medicare & Medicaid Services (CMS), HHS. CMS-1656-P. Fed. Reg. p315. July 14, 2016. [Available at http://federalregister.gov/a/2016-16098].

[3]   https://www.unitedhealthcareonline.com/ccmcontent/ProviderII/UHC/en- US/Assets/ProviderStaticFiles/ProviderStaticFilesPdf/News/October-Network-Bulletin-2016-PCA-1-003290-08082016_2016.pdf.

**V** **Physician Satisfaction and Alignment**

The culture and philosophy of an ASC are often very appealing to surgeons (see **exhibit III**). ASCs offer increased efficiency in OR turnover time, effective management of block time scheduling, and employees with a positive, can-do attitude, creating high levels of employee and physician satisfaction. OR turnover time is normally far shorter than it is in hospitals, and on-time starts are the "rule" rather than the "exception." For example, an average ASC OR turnover time may be 10 to 20 minutes for cases with general anesthesia (and less with a local anesthetic or sedation), while a hospital often requires 30 to 45 minutes or more. It is not uncommon for ASCs to enable surgeons to increase their case volume by 25% to 50% per day, which substantially benefits their productivity and professional compensation. With physician compensation under siege across a variety of fronts, we expect this advantage to be-come even more important over time, even for health systems that employ surgeons.

Since physician investments in ASCs are allowed under federal regulation, surgeon equity in ASCs is the norm. While owning less than 100% of an ASC will reduce the financial return to the hospital and other investors, physician engagement in the volume and profitability of an ASC is critical to its success. Progressive health systems view shared ownership as an opportunity to integrate with hard-to-align surgical specialties such as orthopedics, gastroenterology, and otorhinolaryngology.

**▎ Exhibit III—ASC Culture and Philosophy**



**The Patient as the Customer**

State licensure, Medicare certification, and accreditation = quality assurance

Smaller setting = direct access and communication with leadership

Patient satisfaction surveys: internally and externally administered

Lower costs



**The Physician as the Customer**

Better control and flexibility over scheduling

Flat organizational structure

Efficiency

Involvement in purchasing and expenditure



**Efficiency**

Turnaround times of 10 to 20 minutes based on case types

On-time case starts and block utilization monitored and reported; MEC and governing body support



**Can-Do Attitude**

The ASC culture is about "getting it done" without the bureaucracy in hospitals that requires multiple committees' reviews and layers of approvals



## SURGERY CENTER STRATEGY: THREE HIGH-LEVEL OPTIONS TO CONSIDER

So what do you do when your core product—hospital-based surgery—is threatened by a combination of regulatory, financial, and competitive forces? We see three strategic options:

### 1. Hunker down

In this option, a hospital will resist the transition of surgical cases, relying on its brand power, physician loyalty, and potentially its influence with health plans to fight the battle with ASCs. Moves by surgeons or other competitors to transfer volumes to ASCs will be met with threats to hire competing physicians or direct referrals from employed physicians elsewhere. This option is appealing in the short term, since it enables maximum retention of hospital volume and revenue across a short-term decision time frame such as an annual budgeting period.

*Prognosis: **While satisfying in the short term, the hospital is susceptible to ongoing pressure from physicians, payors, and patients; it is also vulnerable to competition from a superior business model for surgery.***



## 2. Manage the transition, limit the risk

In this option, a hospital will pursue investments in ASCs but only when forced to do so and the risk of volume loss is imminent. Investment decisions will be made based on a calculus of ability to retain volumes in an HOPD setting and potential to backfill lost volumes (see **exhibit IV**). Where the analysis dictates, tactically deciding to join an ASC joint venture will be preferred over potentially losing all volume. In these cases, sizing the ASC investment and managing which cases to transition will be critical variables for minimizing losses.

*Prognosis: **While this option has the potential to optimize returns to the hospital, it also delays the building of core expertise in ambulatory surgery and leaves the hospital vulnerable to efficient new entrants.***

---

▌ **Exhibit IV—Risk Scenarios Tied to Case Volume Shift From Hospital to ASC**

ECG recently developed a surgery strategy for a health system that considered current case volumes and specialty mix, the possibility of relaxed certificate-of-need regulations, and the cases a local medical group could plausibly move to a new ASC. We crafted a series of scenarios that illustrated the risk of various outcomes, including, at the extreme, the possibility of losing over $30 million in revenue if all ASC-eligible cases left the system. Armed with this information, the system is evaluating the opportunity to approach the group with a limited-scope ASC joint venture that would meet the group's financial needs, promote physician-health system alignment, and retain critical high-margin services in the hospital.



### 3. Be a player in OP surgery— "disrupt yourself."

In this option, the hospital aggressively pursues an ASC-based surgery strategy as a core business line, actively seeking to partner with existing centers and pursuing de novo sites where market conditions indicate. The health system makes a strategic decision to invest in ASCs similar to its commitments to other lines of business such as primary care, home health, or a health plan. A distinct ASC management structure is established with dedicated leadership, infrastructure, and business development functions. This strategy may be executed in partnership with a for-profit ASC management company or by hiring external expertise and seasoned surgery center operators.

*Prognosis: **This option is likely to produce short-term financial pain as volumes are aggressively channeled to partially owned centers, but if managed skillfully, it will lead the health system to superior long-term positioning in a value-based healthcare world.***





## FINAL THOUGHTS

The current payor environment, technological advances, movement of surgery from the hospital to the ASC setting, diminishing physician compensation, demand for physician alignment, and site-of-service payment neutrality all pose significant risk to hospitals and health systems that do not have a comprehensive ASC strategy. ASCs present a significant opportunity for hospitals to align with physicians, address value-based initiatives, and meet the demands from patients for cost-effective, high-quality care. We expect continued migration to the ASC setting, which indicates an ASC strategy is critical to the long-term success of hospitals and health systems.

## *the* **Authors**



**KEVIN KENNEDY**
Principal, Seattle

(206) 689-2238
**kkennedy@ecgmc.com**



**I. NAYA KEHAYES**
Principal, Seattle

(206) 689-2213
**nkehayes@ecgmc.com**



**For more insights from ECG, visit** www.ecgmc.com/thought-leadership**.**

Copyright © 2017 ECG Management Consultants, Inc. All rights reserved.

# EXHIBIT E

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

Message

| | |
|---|---|
| **From:** | Dunn, Art (Tacoma) [/O=ORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DUNN, ART (TACOMA-IS)D9D] |
| **Sent:** | 5/5/2016 3:50:37 PM |
| **To:** | Cross, Robert [RobertCross@chifranciscan.org] |
| **Subject:** | ASC article |

Hi Bob:

Maybe we shouldn't be so quick to move surgeries to Harrison from TDC's ASC.

http://www.beckershospitalreview.com/hospital-physician-relationships/why-hospitals-should-keep-their-friends-close-and-their-ascs-closer.html

Thanks,

Art

**Arthur Dunn**
Project Manager
Strategic Planning

Suite 1000, 1145 Broadway Plaza, Tacoma, WA 98402 | MS 07-15
P 253.680.8865 | I 180.8865 | C 253.307.5738
artdunn@chifranciscan.org
www.CHIfranciscan.org





Cause No. 3:17-cv-05690-BHS
Plaintiff Exhibit No 182
Admitted: _____

# EXHIBIT F

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

_____

STATE OF WASHINGTON,          )
                              )
             Plaintiff,       )
                              )
      vs.                     )
                              )
FRANCISCAN HEALTH SYSTEM d/b/a ) No.
CHI FRANCISCAN HEALTH;        ) 3:17-cv-05690-BHS
FRANCISCAN MEDICAL GROUP;     )
THE DOCTORS CLINIC, a         )
Professional Corporation; and )
WESTSOUND ORTHOPAEDICS, P.S., )
                              )
             Defendants.      )

_____

VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

THOMAS A. KRUSE

_____

Office of the Attorney General

1250 Pacific Avenue

Tacoma, Washington

DATE:  August 22, 2018

REPORTED BY:  Cynthia A. Kennedy, RPR, CCR 3005

Thomas A. Kruse                                    August 22, 2018

Page 2

```
 1                      APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4       ERICA A. KOSCHER, AAG
         Assistant Attorney General
 5       Antitrust Division
         Attorney General of Washington
 6       CHI Franciscan Health
         Seattle, Washington 98104
 7       (206) 389-2848
         Ericak@atg.wa.gov

 8

 9   FOR THE DEFENDANTS, FRANCISCAN HEALTH SYSTEM
     d/b/a CHI FRANCISCAN HEALTH; FRANCISCAN MEDICAL
10   GROUP; and WESTSOUND ORTHOPAEDICS, P.S.:

11       MATTHEW C. HANS, ESQ.
         Polsinelli PC
12       1000 Second Avenue, Suite 3500
         Seattle, Washington 98104
13       (415) 248-2136
         mhans@polsinelli.com

14

15   ALSO PRESENT:

16       MICHAEL TAKOS
         Videographer

17

18

19

20

21

22

23

24

25
```

Thomas A. Kruse                                    August 22, 2018

Page 10

1   just told him that I was going into deposition so he

2   needed to stop texting me.

3        Q.    Did you discuss anything about your

4   deposition testimony with Mr. Patel?

5        A.    No.

6        Q.    Outside of any documents that you may

7   have reviewed with counsel, did you review any

8   documents to prepare for today's deposition?

9        A.    No.

10        Q.    Do you currently work for Franciscan

11   Health System?

12        A.    I do.

13        Q.    What's your role there?

14        A.    My role is senior vice president and

15   chief strategy, integration, and innovation officer.

16        Q.    How long have you been in that role?

17        A.    Since May of 2015.

18        Q.    What are your duties as -- in the senior

19   vice president strategy, integration, and

20   innovation?

21        A.    Broadly defined they're -- I'm the lead

22   for corporate strategy for our region and

23   responsible for system integration, so essentially

24   behaving as one cohesive regional system, and then

25   responsible for bringing transformation or

Thomas A. Kruse                                    August 22, 2018

Page 17

1   to ambulatory growth and development and service

2   lines primarily, as well as some -- the urgent cares

3   and some of the operational entities.  Bob is

4   responsible for strategic planning and analytics for

5   the system as well as project management division.

6   And Cary Evans is responsible for communications and

7   government affairs.  I'm sorry.  Mara is also

8   responsible for marketing.

9        Q.    Where were you prior to joining

10  Franciscan Health System in May 2015?

11       A.    I was employed in Hackensack, New Jersey.

12       Q.    Who did you work for there?

13       A.    Hackensack University Medical Center.

14       Q.    What was your role there?

15       A.    Chief strategy officer.

16       Q.    How long were you in that role?

17       A.    From April 2011 until I went to

18  Franciscan.

19       Q.    What brought you to Franciscan Health

20  System in May of 2015?

21       A.    I was recruited to an open position by

22  Ketul Patel.

23       Q.    What were your duties as chief strategy

24  officer in -- at Hackensack?

25       A.    Responsible for corporate strategy and

Thomas A. Kruse                                    August 22, 2018

Page 27

1     A.    They did.

2     Q.    Were there any groups that joined

3  Harrison Health Partners during your time that did

4  not become employed physicians?

5     A.    No.  Harrison Health Partners didn't have

6  a nonemployed model.

7     Q.    Why did you leave Harrison to go to

8  Hackensack in New Jersey?

9     A.    I had a better opportunity presented to

10 me.

11    Q.    Where were you before Harrison in 2007?

12    A.    I was at Methodist Hospitals in Gary and

13 Merrillville, Indiana.

14    Q.    What was your role there?

15    A.    Chief strategy officer.  Getting a little

16 repetitive by now.

17    Q.    And how long were you in that role?

18    A.    From 2000 -- late 2003 until I went to

19 Harrison in 2007.

20    Q.    And prior to that, where were you?

21    A.    I was at Sharp HealthCare in San Diego.

22    Q.    What was your role there?

23    A.    I was manager of strategic planning.

24    Q.    And how long was that?

25    A.    From early 2002 to late 2003.

Thomas A. Kruse                                    August 22, 2018

Page 113

1   it's an eight-year-old document seemingly authored

2   by an entity that's not a defendant in this case in

3   either way.  If you could just give me that

4   continuing objection that would save me from

5   interrupting as we go forward.

6              MS. KOSCHER:  Yes.  I'll understand

7   your continuing objection.

8                    And I'll also state just for a

9   clarification matter the -- there's a cover sheet to

10  Exhibit 523 which has the Bates numbers under which

11  this document was produced by the state to the

12  defendants in the matter.  Those Bates numbered

13  aren't on the actual pages of the document --

14             MR. HANS:  Right.

15             MS. KOSCHER:  -- for technical glitch

16  reasons.

17             MR. HANS:  Right.

18             THE WITNESS:  I don't need to know

19  what that means, right.

20             MR. HANS:  No.

21             THE WITNESS:  Okay.

22  BY MS. KOSCHER:

23       Q.    Do you recognize this document?

24       A.    I do.

25       Q.    What is this document?

Thomas A. Kruse                                          August 22, 2018

Page 114

```
 1        A.    This document is the paper handout that

 2   accompanied a in-person board retreat while at

 3   Harrison Medical Center.

 4        Q.    Did you attend this board retreat?

 5        A.    I did.

 6        Q.    And looking at the first page of this

 7   document, it says "Tom."

 8              Did you write that?

 9        A.    Yes.

10        Q.    Was this your copy of that handout, do

11   you think?

12        A.    Presumably so because that is what I

13   typically do on my copy is I write just like that on

14   everything, so...

15        Q.    Does this appear to be a true and

16   accurate copy of that handout from the May 2010

17   board retreat?

18        A.    As I recall, yeah.

19        Q.    Who was at this board retreat generally?

20        A.    Generally it would be the seniors

21   executive team and the board of directors.

22        Q.    And did you participate in some or all of

23   this particular presentation?

24        A.    Yes.

25        Q.    And who was that presentation made to?
```

Thomas A. Kruse                                    August 22, 2018

Page 115

1      A.     The board.

2      Q.     Did you prepare some of the slides that

3   were in this slide deck?

4      A.     Yes.

5      Q.     Was anyone outside of the Harrison board

6   at that presentation?

7      A.     Not that I recall.

8      Q.     You can set that document aside.

9      A.     One matter of clarification.  I have no

10  way of knowing if this is the final version of this

11  document or if the final document was edited before

12  because I didn't submit it, and I created it.  And

13  this document as you can see by the bottom was

14  never -- was distributed and copied and recollected

15  to 16 members.  There were no there -- were no

16  stamped leave-behind copies.

17     Q.     I'm sorry.  Can you explain what you're

18  meaning by the process of distributed and

19  recollected?

20     A.     This document was distributed for the

21  purposes of facilitating a discussion at a -- at a

22  retreat where -- that I believed was a closed

23  council at present conversation.  That's why

24  materials were distributed for conversation and

25  recollected at the end.  There were no copies

# EXHIBIT G

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

1

The Honorable Benjamin H. Settle

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

9

10

STATE OF WASHINGTON,

No. 3:17-cv-05690-BHS

11

Plaintiff,

12

vs.

13

FRANCISCAN HEALTH SYSTEM d/b/a
CHI FRANCISCAN HEALTH; FRANCISCAN
MEDICAL GROUP; THE DOCTORS CLINIC,
a Professional Corporation; and WESTSOUND
ORTHOPAEDICS, P.S.,

14

15

16

Defendants.

**DEFENDANTS FRANCISCAN HEALTH
SYSTEM AND FRANCISCAN
MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1)**

17

18

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendants Franciscan Health System ("FHS") and

19

Franciscan Medical Group ("FMG") (together, "Franciscan") hereby supplement their initial

20

disclosures. FHS and FMG make these disclosures without waiving any protected attorney work

21

product, including mental impressions, conclusions, opinions or legal theories of its attorneys or

other representatives in this litigation.

22

FHS and FMG reserve the right to further supplement or amend these disclosures,

23

including pursuant to Fed. R. Civ. P. 26(e), after learning more about the nature and details of

24

Plaintiff's allegations and legal claims.

25

//

26

//

27

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 1
No. 3:17-cv-05690-BHS

64541612.5

**POLSINELLI**

1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANTS MAY USE TO SUPPORT DEFENSES AND COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 26(1)(A)(i), FHS and FMG disclose the following individuals likely to have discoverable information that may be used to support Defendants' defenses and counterclaims. FHS and FMG reserve the right to further supplement or amend these disclosures, including as provided by Fed. R. Civ. P. 26(e). The following disclosures do not include persons whose testimony is likely to be used solely for impeachment, rebuttal, or expert witness testimony, who will be disclosed in accordance with the schedule set by the Court.

| Name | Contact Information | Subjects of Information |
|------|--------------------|-----------------------|
| Representative of Premera Blue Cross | To be determined through discovery | The extent to which payers view Franciscan and TDC to be a single economic entity in negotiations over pricing and other contract terms; the relevant geographic market in this case; negotiation between Franciscan and payers before and after the Kitsap Transactions; the competitive effects of the Kitsap Transactions. |
| Representative of Aetna, Inc. | To be determined through discovery | The extent to which payers view Franciscan and TDC to be a single economic entity in negotiations over pricing and other contract terms; the relevant geographic market in this case; negotiation between Franciscan and payers before and after the Kitsap Transactions; the competitive effects of the Kitsap Transactions. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 2
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|------|-------------------|------------------------|
| Representative of Cambia Health Solutions | To be determined through discovery | The extent to which payers view Franciscan and TDC to be a single economic entity in negotiations over pricing and other contract terms; the relevant geographic market in this case; negotiation between Franciscan and payers before and after the Kitsap Transactions; the competitive effects of the Kitsap Transactions. |
| Representative of Kaiser Foundation Health Plan of Washington | To be determined through discovery | The extent to which payers view Franciscan and TDC to be a single economic entity in negotiations over pricing and other contract terms; the relevant geographic market in this case; negotiation between Franciscan and payers before and after the Kitsap Transactions; the competitive effects of the Kitsap Transactions. |
| Representative of United Healthcare | To be determined through discovery | The extent to which payers view Franciscan and TDC to be a single economic entity in negotiations over pricing and other contract terms; the relevant geographic market in this case; negotiation between Franciscan and payers before and after the Kitsap Transactions; the competitive effects of the Kitsap Transactions. |
| Representative of Cigna Health Insurance | To be determined through discovery | The extent to which payers view Franciscan and TDC to be a single economic entity in negotiations over pricing and other contract terms; the relevant geographic market in this case; negotiation between Franciscan and payers before and after the Kitsap Transactions; the competitive effects of the Kitsap Transactions. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 3
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|---|---|---|
| Representative of Regence Blue Shield | To be determined through discovery | The extent to which payers view Franciscan and TDC to be a single economic entity in negotiations over pricing and other contract terms; the relevant geographic market in this case; negotiation between Franciscan and payers before and after the Kitsap Transactions; the competitive effects of the Kitsap Transactions. |
| Representative of HealthTrust Purchasing Group, L.P. | c/o Steve Anderson Anderson & Reynolds PLC 120 30th Avenue North Nashville, TN 37203 Tel: 615-942-1700 sanderson@andersonreynolds.com | TDC's and WSO's access to the HealthTrust Purchasing Group. |
| Representative of Swedish Medical Center | To be determined through discovery | The use of PSAs by hospital systems; whether hospitals view PSAs as the functional equivalent of employment; healthcare providers' plans to enter and/or expand their presence in and around the Kitsap area; the relevant geographic market in this case; the degree to which providers in Seattle, Tacoma, and elsewhere compete for patients and referrals in the Kitsap area; the degree to which patients residing in the Kitsap area are willing to travel to see healthcare providers in Seattle, Tacoma, and elsewhere; compensation of physicians in and around the Kitsap area; efforts to recruit and retain physicians in the Kitsap area. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 4
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|------|--------------------|-----------------------|
| Representative of Providence | To be determined through discovery | The use of PSAs by hospital systems; whether hospitals view PSAs as the functional equivalent of employment; healthcare providers' plans to enter and/or expand their presence in and around the Kitsap area; the relevant geographic market in this case; the degree to which providers in Seattle, Tacoma, and elsewhere compete for patients and referrals in the Kitsap area; the degree to which patients residing in the Kitsap area are willing to travel to see healthcare providers in Seattle, Tacoma, and elsewhere; compensation of physicians in and around the Kitsap area; efforts to recruit and retain physicians in the Kitsap area. |
| Representative of Multicare | To be determined through discovery | The use of PSAs by hospital systems; whether hospitals view PSAs as the functional equivalent of employment; healthcare providers' plans to enter and/or expand their presence in and around the Kitsap area; the relevant geographic market in this case; the degree to which providers in Seattle, Tacoma, and elsewhere compete for patients and referrals in the Kitsap area; the degree to which patients residing in the Kitsap area are willing to travel to see healthcare providers in Seattle, Tacoma, and elsewhere; compensation of physicians in and around the Kitsap area; efforts to recruit and retain physicians in the Kitsap area. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 5
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|---|---|---|
| Peter O'Connor, Chief Operating Officer, Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Franciscan's efforts to recruit and retain physicians in the Kitsap area; Franciscan's role in setting the operating budget for TDC; the compensation of Franciscan and TDC doctors; Franciscan's perception of the financial positions of TDC and WSO prior to the Kitsap Transactions; Franciscan's reasons for entering into the Kitsap Transactions; quality and efficiency improvements resulting from the Kitsap Transactions. |
| Dhyan Lal, VP of Network Strategy and Contracting, CHI Franciscan Health | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Franciscan's negotiation with payers; the terms of Franciscan's contracts with payers; Franciscan's plans to enter into value-based contracts with payers; Franciscan's willingness to accommodate payer concerns about the financial impact of the Kitsap Transactions; the effect of the Kitsap Transactions on Franciscan's negotiations with payers. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL INITIAL DISCLOSURES – 6
No. 3:17-cv-05690-BHS

64541612.5



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

| Name | Contact Information | Subjects of Information |
|---|---|---|
| David Schultz, Market President, Peninsula Region, CHI Franciscan Health | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | The rationale for the Kitsap Transactions; the structure of the Kitsap Transactions; the financial position of TDC and WSO leading up to the Kitsap Transactions; WSO's consideration of other transaction options before its transaction with Franciscan; the compensation of TDC and WSO doctors under the terms of Kitsap Transactions; improvements in efficiency and utilization resulting from the Kitsap Transactions; Franciscan's assumption of financial risk for TDC and WSO through the Kitsap Transactions; the effect of ERDs on TDC physicians' practices. |
| Michael Fitzgerald, Chief Financial Officer, Franciscan Health System | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | The financial terms of the Kitsap Transactions; improvements in efficiency, quality, and utilization resulting from the Kitsap Transactions; the negotiation of the Kitsap Transactions; the business reasons for the Kitsap Transactions; Franciscan's perception of the financial positions of TDC and WSO prior to the Kitsap Transactions; TDC's consideration of other transaction options before its transaction with Franciscan; competition between providers in the Kitsap area and providers in Seattle, Tacoma, and elsewhere. |
| Matt Wheelus, Chief Operating Officer, Harrison Medical Center | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Franciscan's operational performance meetings with TDC physicians. |



| Name | Contact Information | Subjects of Information |
|---|---|---|
| Linda Guay, Associate VP of Laboratory Services, Franciscan Health System | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Efforts to improve access to electronic records generated by TDC's laboratory. |
| Tracy Bradfield, Division Director of Laboratory Services, Franciscan Health System | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Efforts to improve access to electronic records generated by TDC's laboratory. |
| Dr. Dean Field, Vice President of Informatics & Operations, Franciscan Health System | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Franciscan's electronic medical records systems. |
| Jay Bohreer, Executive Director, Harrison Health Partners | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | TDC physicians' access to Franciscan's medical recordkeeping system. |
| Anthony Dorsch, VP of Operations and Finance, Franciscan Medical Group | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Integration between TDC and Franciscan; the payer mix for services performed by TDC and FMG physicians. |
| Bob Cross, Vice President, Strategic Growth and Development, Franciscan Health System | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Negotiation of the 2016 agreements between Franciscan and TDC and WSO. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 8
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|---|---|---|
| Thomas A. Kruse, Chief Strategy, Integration and Innovation Officer, Franciscan Health System | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Negotiation of the 2016 agreements between Franciscan and TDC and WSO; Franciscan's reasons for structuring TDC acquisition as a PSA; changes to TDC's payer mix post-transaction; the effects of the transaction on physician recruitment and retention; the likely consequences for the provision of healthcare in the Kitsap area had the Kitsap Transactions not occurred; efficiencies and synergies resulting from the Kitsap Transactions. |
| Dr. Michael Marshall, President and Chief Medical Officer, Franciscan Medical Group | c/o Mitchell D. Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | Negotiation of the 2016 agreements between Franciscan and TDC and WSO. |
| Jay Burghart, Executive Director, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's financial and physician retention challenges leading up to the transaction with Franciscan; TDC's decision to pursue a PSA model with Franciscan; TDC's efforts to recruit and retain physicians; compensation of TDC's physicians; the payer mix for services performed by TDC before and after the transaction with Franciscan; TDC's financial and operational performance before and after the transaction with Franciscan. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 9
No. 3:17-cv-05690-BHS

64541612.5



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

| Name | Contact Information | Subjects of Information |
|---|---|---|
| Brian Chandler, Chief Financial Officer, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's financial and physician retention challenges leading up to the transaction with Franciscan; TDC's decision to pursue a PSA model with Franciscan; TDC's efforts to recruit and retain physicians; compensation of TDC's physicians; the payer mix for services performed by TDC before and after the transaction with Franciscan; TDC's financial and operational performance before and after the transaction with Franciscan. |
| Randall Moeller, President, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | Integration between TDC and Franciscan; TDC's financial and physician retention challenges leading up to the transaction with Franciscan; TDC's decision to pursue a PSA model with Franciscan; TDC's efforts to recruit and retain physicians; compensation of TDC's physicians; TDC's electronic health record. |
| Gregory Hoisington, Chief Medical Officer, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's financial and physician retention challenges leading up to the transaction with Franciscan; TDC's decision to pursue a PSA model with Franciscan; TDC's efforts to recruit and retain physicians; compensation of TDC's physicians; TDC's electronic health record. |
| Jeff Goddard, Information Technology Manager, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's information technology systems before and after TDC became part of the Franciscan system. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 10
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|------|--------------------|--------------------------|
| Bradley T. Anderson, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Kittredge Baldwin, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Arunas Banionis, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| John Banzer, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| James Bates, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Jack Birnbaum, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Yoon Cho, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |



| Name | Contact Information | Subjects of Information |
|---|---|---|
| Jenny Chow, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Glen Christen, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Kelli Chung, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Tiffin Clegg, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| John Corrales-Diaz, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Erin Dawson, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Angela Diamond, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 12
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|------|--------------------|-----------------------|
| Sally Fleischman, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Joel Frazier, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Daniel Frum, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Todd Garvin, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Karl Hadley, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| William Hall, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Syeda Hamadani, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 13
No. 3:17-cv-05690-BHS

64541612.5



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

| Name | Contact Information | Subjects of Information |
|------|--------------------|--------------------------|
| Christina Hardaway, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Frank Haydu, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Michael Hegewald, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Jenifer Henderson, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Margaret Jain, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Matthew Johnson, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Craig Karr, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL INITIAL DISCLOSURES – 14
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|------|--------------------|--------------------------|
| Daniel Keech, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Timothy Kennedy, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Kurt Klussmann, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Ben Kuharich, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Uyen Lee, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Amy Li, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Melissa Lo, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 15
No. 3:17-cv-05690-BHS

64541612.5



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

| Name | Contact Information | Subjects of Information |
|------|---------------------|-------------------------|
| Roger Ludwig, Jr., physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Michael McCord, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Julie McMillan, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Jonathan Mendelsohn, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Rajeev Misra, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Marc Mitchell, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Adam Norwood, physician, The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 16
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|------|--------------------|-----------------------|
| Young-ki Paik, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Ingela Pezzolesi, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Wendy Pierce, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Christopher Rankin, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Scott Reichard, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Preston Rice, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Spencer Root, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |



| Name | Contact Information | Subjects of Information |
|------|--------------------|-----------------------|
| Robert Rubenstein, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Lynn Sudduth, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Robert Sudduth, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Oanh Truong, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| John West, physician, The Doctors Clinic | c/o Doug Ross<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Marina Cheng, former physician of The Doctors Clinic | 149 Lilly Rd. NE<br>Olympia, WA 98506 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Jeffrey Bernstein, former physician of The Doctors Clinic | 1145 Broadway<br>Seattle, WA 98122 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Mark Hainer, former physician of The Doctors Clinic | 7218 Tobermory Circle SW Port Orchard, WA 98367 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 18
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|---|---|---|
| Dr. Stephen Reichly, former physician of The Doctors Clinic | 598 Paulson Road NE Poulsbo, WA 98370 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Peter Lehman, former physician of The Doctors Clinic | 19319 7th Ave. NE, #114 Poulsbo, WA 98370 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Andrea Chymiy, former physician of The Doctors Clinic | 19980 10th Ave. NE, #202 Poulsbo, WA 98370 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Marie Matty, former physician of The Doctors Clinic | 19980 10th Ave. NE, #202 Poulsbo, WA 98370 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Charles Nelson, former physician of The Doctors Clinic | 945 Hildebrand Ln., #100 Bainbridge Island, WA 98110 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Robert Hurlow, former physician of The Doctors Clinic | 945 Hildebrand Ln., #100 Bainbridge Island, WA 98110 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Maureen Koval, former physician of The Doctors Clinic | 945 Hildebrand Ln., #100 Bainbridge Island, WA 98110 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Thomas Monk, former physician of The Doctors Clinic | 945 Hildebrand Ln., #100 Bainbridge Island, WA 98110 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Sarah Rice, former physician of The Doctors Clinic | 945 Hildebrand Ln., #100 Bainbridge Island, WA 98110 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Diana Levinsohn, former physician of The Doctors Clinic | 19917 7th Ave. NE, #203 Poulsbo, WA 98370 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Nels Sampatacos, former physician of The Doctors Clinic | 904 7th Avenue Seattle, WA 98104 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 19
No. 3:17-cv-05690-BHS

64541612.5



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

| Name | Contact Information | Subjects of Information |
|---|---|---|
| Dr. Amrit Sandhu, former physician of The Doctors Clinic | 16850 SE 272nd St., Ste. 100 Covington, WA, 98042 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Patricia Burkhart, former physician of The Doctors Clinic, currently Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. David Chang, former physician of The Doctors Clinic | 965 Wilson Blvd. El Dorado, CA 95762 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Jacob Hodge, former physician of The Doctors Clinic | 4801 West 81st St., Suite 108 Bloomington, MN 55437 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Ravindra Ganesh, former physician of The Doctors Clinic | Mayo Clinic 600 Hennepin Ave. Minneapolis, MN 55403 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Brian Wicks, former physician of The Doctors Clinic | c/o Doug Ross Davis Wright Tremaine LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045 Tel: 206-622-3150 douglasross@dwt.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Mary Maier, former physician of The Doctors Clinic | 9495 SW Locust St., Suite A Portland, OR 97223 | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Todd Jones, former physician of The Doctors Clinic, currently Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |
| Dr. Courtenay Havers, former physician of The Doctors Clinic, currently Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | TDC's ability to recruit and retain physicians; recruitment and retention of physicians in the Kitsap area generally. |

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 20
No. 3:17-cv-05690-BHS

64541612.5



| Name | Contact Information | Subjects of Information |
|------|--------------------|-----------------------|
| Dr. Gregory Duff, Member of WestSound Orthopaedics, Employee of Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | WSO's financial situation prior to the WSO Transaction; WSO's negotiations with payers prior to the WSO Transaction; WSO's consideration and exploration of alternatives to the WSO transaction; the negotiations of the WSO Transaction with Franciscan; impact of this lawsuit on orthopedic care in the Kitsap area. |
| Dr. Dawson Brown, Member of WestSound Orthopaedics, Employee of Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | WSO's financial situation prior to the WSO Transaction; WSO's negotiations with payers prior to the WSO Transaction; WSO's consideration and exploration of alternatives to the WSO transaction; the negotiations of the WSO Transaction with Franciscan; impact of this lawsuit on orthopedic care in the Kitsap area. |
| Dr. Brad Watters, Member of WestSound Orthopaedics, Employee of Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | WSO's financial situation prior to the WSO Transaction; WSO's negotiations with payers prior to the WSO Transaction; WSO's consideration and exploration of alternatives to the WSO transaction; the negotiations of the WSO Transaction with Franciscan; impact of this lawsuit on orthopedic care in the Kitsap area. |
| Dr. Kenneth R. Koskella Member of WestSound Orthopaedics, Employee of Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | WSO's financial situation prior to the WSO Transaction; WSO's negotiations with payers prior to the WSO Transaction; WSO's consideration and exploration of alternatives to the WSO transaction; the negotiations of the WSO Transaction with Franciscan; impact of this lawsuit on orthopedic care in the Kitsap area. |



| Name | Contact Information | Subjects of Information |
|------|---------------------|-------------------------|
| Dr. Erin P. Moyer Member of WestSound Orthopaedics, Employee of Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | WSO's financial situation prior to the WSO Transaction; WSO's negotiations with payers prior to the WSO Transaction; WSO's consideration and exploration of alternatives to the WSO transaction; the negotiations of the WSO Transaction with Franciscan; impact of this lawsuit on orthopedic care in the Kitsap area. |
| Dr. Stacee M. Kessinger Member of WestSound Orthopaedics, Employee of Franciscan Medical Group | c/o Mitchell Raup Polsinelli PC 1401 Eye Street NW Washington, DC 20005 Tel: 202-626-8352 mraup@polsinelli.com | WSO's financial situation prior to the WSO Transaction; WSO's negotiations with payers prior to the WSO Transaction; WSO's consideration and exploration of alternatives to the WSO transaction; the negotiations of the WSO Transaction with Franciscan; impact of this lawsuit on orthopedic care in the Kitsap area. |
| Megan McDermaid, Business Manager prior to the WSO Transaction | 19436 Willet Lane NE Poulsbo, WA 98370 Tel: 360-649-4244 | WSO's financial situation prior to the WSO Transaction. |
| Larry Hurley, former Accountant, WestSound Orthopaedics | Larry@hearthstonecpa.com | WSO's financial situation prior to the WSO Transaction. |
| Joan Ballough, former Consultant, WestSound Orthopaedics | Tel: 206-213-0090 Joan@IntegraAssociates.com | WSO's financial situation prior to the WSO Transaction; WSO's negotiations with payers prior to the WSO Transaction. |
| John Wallen, DiMartino Associates | 1501 Fourth Ave., Suite 2400 Seattle WA 98101 | Impact of the transactions; purchasing behavior related to commercial health insurance. |

Defendants FHS and FMG hereby incorporate, as though set forth in full herein, all witnesses identified by Plaintiff and by Defendants TDC and WSO, in those parties' respective Fed. R. Civ. P. 26 disclosures. Defendants FHS and FMG reserve the right to identify and call as



a witness at trial any witness identified by Plaintiff, TDC, or WSO, or otherwise discovered and identified as discovery progresses.

## II.    DESCRIPTION OF DOCUMENTS AND THINGS IN DEFENDANTS' POSSESSION, CUSTODY, OR CONTROL THAT MAY BE USED TO SUPPORT DEFENSES AND COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), FHS and FMG hereby disclose the following documents and things in their possession, custody, or control that they may use to support their defenses and counterclaims. FHS and FMG reserve the right to further supplement and/or amend these disclosures as provided under Fed. R. Civ. P. 26(e). The following disclosures do not include documents and things that are likely to be offered solely for impeachment:

1.    The documents produced by Defendants Franciscan, TDC, and WSO in response to CIDs issued by the State of Washington in its investigation of the Kitsap Transactions.

2.    The written agreements between Franciscan and TDC and WSO that memorialize the terms of the Kitsap Transactions.

3.    The files and e-mail correspondence of the witnesses identified in the previous section.

4.    Documents and data relating to outmigration of patients from Kitsap County, including to providers in King and Pierce Counties.

5.    Documents relating to the financial condition of TDC and WSO before and after the Kitsap Transactions.

6.    Documents relating to alternatives to the Kitsap Transactions.

7.    Documents relating to the effects of the Kitsap Transactions on quality, efficiency and cost of care.

8.    Documents relating to the effect of the Kitsap Transactions on Franciscan's ability to open a new hospital in Kitsap County.

9.    Franciscan's correspondence with payers regarding the Kitsap Transaction.

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 23
No. 3:17-cv-05690-BHS

64541612.5



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

1  10.  Documents reflecting meetings between TDC and Franciscan regarding

2 integration efforts.

3 **III. COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY
   DEFENDANTS AND DISCLOSURES OF SUPPORTING DOCUMENTS**

4

5   FHS and FMG make no claim for damages in this action.

 **IV. INSURANCE AGREEMENT**

6

7   FHS and FMG have no insurance agreement that may satisfy all or part of a possible

8 judgment in this action.

 **V. RESERVATION OF RIGHTS**

9

10   FHS and FMG reserve the right to further supplement or amend these disclosures as

11 provided by Fed. R. Civ. P. 26(e) and to object to the admissibility of any document or statement

12 herein or in Plaintiff's initial disclosures on all bases set forth in the Federal Rules of Civil

13 Procedure, Federal Rules of Evidence, and governing law.

14   DATED this 14th day of August, 2018.

15

16        Respectfully submitted,

17        */s/ Jessica M. Andrade*
        Jessica M. Andrade, WSBA No. 39297

18        Polsinelli PC
        1000 Second Avenue, Suite 3500

19        Seattle, WA 98104
        Telephone: (206) 393-5422
        Email: jessica.andrade@polsinelli.com

20

21        Mitchell D. Raup (*pro hac vice*)
        Herbert F. Allen (*pro hac vice*)

22        Polsinelli PC
        1401 I Street NW, Suite 800

23        Washington, D.C. 20005
        Telephone: (202) 783-3300

24        Email: mraup@polsinelli.com
        Email: hallen@polsinelli.com

25

26

27

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 24
No. 3:17-cv-05690-BHS

64541612.5



1

2

3

Matthew C. Hans (*pro hac vice*)
Polsinelli PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
Telephone: (314) 889-8000
Email: mhans@polsinelli.com

4

5

6

7

Alex Bartko (*pro hac vice*)
Polsinelli PC
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309
Telephone: (404) 253-6000
Email: abartko@polsinelli.com

8

9

*Attorneys for Defendants Franciscan Health System
d/b/a Chi Franciscan Health, Franciscan Medical
Group, and WestSound Orthopaedics, P.S.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 25
No. 3:17-cv-05690-BHS

64541612.5

POLSINELLI

1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on August 14, 2018, I caused the foregoing document to be served on

3  the following counsel of record via e-mail:

4      ***Counsel for Plaintiff State of Washington:***

5        • Stephen T. Fairchild — stephenf2@atg.wa.gov

6        • Erica A. Koscher — ericak@atg.wa.gov

7        • Amy Nicole Linscheid Hanson — amyh3@atg.wa.gov

8        • Neal Harold Luna — neall@atg.wa.gov

9        • Eric S. Newman — ericn@atg.wa.gov

10     ***Counsel for Defendant The Doctors Clinic:***

11       • Douglas C. Ross — douglasross@dwt.com

12       • David Maas — davidmaas@dwt.com

13     I certify under penalty of perjury under the laws of the State of Washington that the

14  foregoing is true and correct.

15     DATED this 14th day of August, 2018, at Seattle, Washington.

16
                           */s/ Jessica M. Andrade*

17                          Jessica M. Andrade, WSBA No. 39297

18

19

20

21

22

23

24

25

26

27

DEFENDANTS FRANCISCAN HEALTH SYSTEM AND
FRANCISCAN MEDICAL GROUP'S SUPPLEMENTAL
INITIAL DISCLOSURES – 26
No. 3:17-cv-05690-BHS

64541612.5



# EXHIBIT H

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

_____

STATE OF WASHINGTON,            )
                                )
            Plaintiff,          )
                                )
      vs.                       )
                                )
FRANCISCAN HEALTH SYSTEM d/b/a ) No.
CHI FRANCISCAN HEALTH;          ) 3:17-cv-05690-BHS
FRANCISCAN MEDICAL GROUP;       )
THE DOCTORS CLINIC, a           )
Professional Corporation; and  )
WESTSOUND ORTHOPAEDICS, P.S.,   )
                                )
            Defendants.         )

_____


VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

JONATHAN MENDELSOHN, M.D.

_____



9550 Silverdale Way

Silverdale, Washington




DATE:  October 2, 2018

REPORTED BY:  Cynthia A. Kennedy, RPR, CCR 3005

Jonathan Mendelsohn, M.D.                          October 2, 2018

Page 2

```
 1                    APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4
         AMY HANSON, AAG
 5       NEAL LUNA, AAG
         Assistant Attorneys General
 6       Antitrust Division
         Attorney General of Washington
 7       800 Fifth Avenue, Suite 2000
         Seattle, Washington 98104
 8       (206) 389-2848
         amyh3@atg.wa.gov
 9       neall@atg.wa.gov

10

11   FOR THE DEFENDANT, THE DOCTORS CLINIC:

12       DAVID A. MAAS, ESQ.
         Davis Wright Tremaine LLP
13       1201 Third Avenue, Suite 2200
         Seattle, Washington 98101
14       (206) 622-3150
         davidmaas@dwt.com

15

16

17   ALSO PRESENT:

18       MICHAEL TAKOS
         Videographer
19

20

21

22

23

24

25
```

Jonathan Mendelsohn, M.D.                        October 2, 2018

Page 15

1   you understand that to mean Franciscan Medical

2   Group?

3        A.    Yes.

4        Q.    Okay.  Aside from any traffic offenses,

5   have you ever been convicted of a criminal offense?

6        A.    No.

7        Q.    And what is your current role at The

8   Doctors Clinic or TDC?

9        A.    I'm a family medicine physician and the

10  quality improvement and EHR director.

11       Q.    And when did you start at The Doctors

12  Clinic as a family physician?

13       A.    I believe September 2013.

14       Q.    And when did you start in the capacity as

15  TDC's quality and EHR director?

16       A.    Approximately February 2018.

17                    (Whereupon Exhibit 711 was

18                     marked for the record.)

19       Q.    Dr. Mendelsohn, you've been handed a

20  document marked Exhibit 711, which appears to be

21  your LinkedIn profile.

22                    Is that an accurate assessment?

23       A.    Yes.

24       Q.    Directing your attention to the section

25  on educational background, does that accurately

Jonathan Mendelsohn, M.D.                    October 2, 2018

Page 50

1   well on a scorecard, I understand you're still

2   working out what the follow-up will be.  Has any

3   consideration been given to financial penalties?

4       A.    Has not been discussed, to my knowledge.

5       Q.    Any discussion been given to termination?

6       A.    Not discussed.

7       Q.    Okay.  Does TDC measure patient

8   experience in any way?

9       A.    I believe that part of the -- one of the

10  components of the MIPS APM is to do some kind of

11  patient survey.  That has not been part of my work

12  in the last eight months in this position.

13      Q.    Okay.  Is one of the measures that was

14  selected for measurement in this quality roll-out

15  that you're working on depression?

16      A.    Yes.

17      Q.    And blood pressure measurement?

18      A.    Yes.

19      Q.    And colonoscopies?

20      A.    Yes.

21      Q.    So I think we discussed that you became a

22  shareholder at TDC in January 2017; is that right?

23      A.    I think later.

24      Q.    Later?

25      A.    April-ish.

Jonathan Mendelsohn, M.D.                    October 2, 2018

Page 51

1       Q.     April 2017?  Okay.

2              And are you still a shareholder at

3    TDC today?

4       A.     Yes.

5       Q.     Are you also a member of the TDC board?

6       A.     No.

7       Q.     Who -- is the TDC board made up of a

8    subsection of TDC shareholders?

9       A.     Yes.

10      Q.     Are there any outside directors on the

11   TDC board?

12      A.     No.

13      Q.     How -- how does a person end up on the

14   TDC board?

15      A.     When there's an opening -- I believe the

16   terms are two to three years in length.  I'm not

17   sure.  When there's an opening, it's announced.  And

18   shareholders can throw their name in the ring and

19   run, quote, unquote, for a position.

20      Q.     What type of decisions are required to go

21   to the TDC board to decide?

22      A.     I don't know if it can be answered

23   simply.  I would expect major decisions.

24      Q.     Is it described in TDC's bylaws by chance

25   or...

# EXHIBIT I

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

_____

STATE OF WASHINGTON,            )
                                )
              Plaintiff,        )
                                )
       vs.                      )
                                )
FRANCISCAN HEALTH SYSTEM d/b/a ) No.
CHI FRANCISCAN HEALTH;           ) 3:17-cv-05690-BHS
FRANCISCAN MEDICAL GROUP;        )
THE DOCTORS CLINIC, a            )
Professional Corporation; and   )
WESTSOUND ORTHOPAEDICS, P.S.,    )
                                )
              Defendants.        )

_____

VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

KARL HADLEY, M.D.

_____

Best Western Silverdale Beach Hotel

3037 NW Bucklin Hill Road

Silverdale, Washington

DATE:  June 19, 2018

REPORTED BY:  Cynthia A. Kennedy, RPR, CCR 3005

Karl Hadley, M.D.                                        June 19, 2018

Page 2

```
 1                        APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4        ERICA A. KOSCHER, ESQ.
          ERIC NEWMAN, ESQ.
 5        Assistant Attorneys General
          Antitrust Division
 6        Attorney General of Washington
          800 Fifth Avenue, Suite 2000
 7        Seattle, Washington 98104
          (206) 389-2848
 8        ericak@atg.wa.gov
          ericn@atg.wa.gov
 9

10   FOR THE DEFENDANTS, FRANCISCAN HEALTH SYSTEM
     d/b/a CHI FRANCISCAN HEALTH; FRANCISCAN MEDICAL
11   GROUP; and WESTSOUND ORTHOPAEDICS, P.S.:

12        JESSICA M. ANDRADE, ESQ.
          Polsinelli PC
13        1000 Second Avenue, Suite 3500
          Seattle, Washington 98104
14        (415) 248-2136
          jessica.andrade@polsinelli.com
15

16   FOR THE DEFENDANT, THE DOCTORS CLINIC:

17        DAVID A. MAAS, ESQ.
          Davis Wright Tremaine LLP
18        1201 Third Avenue, Suite 2200
          Seattle, Washington 98101
19        (206) 622-3150
          davidmaas@dwt.com
20

21   ALSO PRESENT:

22        MICHAEL TAKOS
          Videographer
23

24

25
```

Karl Hadley, M.D.                                          June 19, 2018

Page 14

1      Q.    And when did you conclude your residency?

2      A.    1982.

3      Q.    Did you do any fellowships or additional

4  training after residency?

5      A.    Nothing more than the continuing medical

6  education.

7      Q.    What is your specialty as a physician?

8      A.    Family practice.

9      Q.    When did you join TDC?

10      A.    1982.

11      Q.    Have you been at TDC since that time?

12      A.    Yes.

13      Q.    So is it correct that you joined TDC

14  directly after your residency?

15      A.    Yes.

16      Q.    Did you first join as an employed

17  physician?

18      A.    Yes.

19      Q.    Did you later become a shareholder?

20      A.    Yes.

21      Q.    When was that?

22      A.    1983.

23      Q.    Why did you choose to join TDC?

24      A.    I -- at first I didn't want to join a

25  multispecialty clinic.  I was pretty apprehensive

Karl Hadley, M.D.                                       June 19, 2018

Page 20

1                    To your knowledge, did that change in

2    any way after the affiliation?

3        A.     No.

4        Q.     Do you participate in any other

5    committees at The Doctors Clinic?

6        A.     I've been involved in the past with the

7    income distribution committee.   And I'm the lab

8    director for the organization.   That's not a

9    committee though.

10       Q.     When did you serve on the income

11   distribution committee?

12       A.     Probably about three or four times.   They

13   would usually meet for about two to three months and

14   almost annually or every other year between the

15   years of probably 2012 to 2016 or 2017.

16       Q.     What was your role on the income

17   distribution committee?

18       A.     I was committee chairman.

19       Q.     And is this also referred to as the IDP

20   committee?

21       A.     Yes.

22       Q.     What is the task or work of the IDP

23   committee?

24       A.     That's a good question.   Usually it's to

25   make everybody unhappy with the distribution of

# EXHIBIT J

DECLARATION OF TRAVIS KENNEDY IN
SUPPORT OF THE STATE OF
WASHINGTON'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.464.7744

Tracy Bradfield                                    July 30, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

_____

STATE OF WASHINGTON,           )
                               )
              Plaintiff,       )
                               )
      vs.                      )
                               )
FRANCISCAN HEALTH SYSTEM d/b/a ) No.
CHI FRANCISCAN HEALTH;         ) 3:17-cv-05690-BHS
FRANCISCAN MEDICAL GROUP;      )
THE DOCTORS CLINIC, a          )
Professional Corporation; and  )
WESTSOUND ORTHOPAEDICS, P.S.,  )
                               )
              Defendants.      )

_____


VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

TRACY BRADFIELD

_____



Office of the Attorney General

1250 Pacific Avenue

Tacoma, Washington



DATE:  July 30, 2018

REPORTED BY:  Cynthia A. Kennedy, RPR, CCR 3005

Tracy Bradfield                                    July 30, 2018

```
 1                    APPEARANCES

 2

 3    FOR THE PLAINTIFF:

 4        AMY HANSON, AAG
          STEPHEN T. FAIRCHILD, AAG
 5        Assistant Attorneys General
          Antitrust Division
 6        Attorney General of Washington
          800 Fifth Avenue, Suite 2000
 7        Seattle, Washington 98104
          (206) 389-2848
 8        amyh3@atg.wa.gov
          stephenf2@atg.wa.gov
 9

10

11    FOR THE DEFENDANTS, FRANCISCAN HEALTH SYSTEM
      d/b/a CHI FRANCISCAN HEALTH; FRANCISCAN MEDICAL
12    GROUP; and WESTSOUND ORTHOPAEDICS, P.S.:

13        JESSICA M. ANDRADE, ESQ.
          Polsinelli PC
14        1000 Second Avenue, Suite 3500
          Seattle, Washington 98104
15        (415) 248-2136
          jessica.andrade@polsinelli.com
16

17

18    ALSO PRESENT:

19        PATRICK NORTON
          Videographer
20

21

22

23

24

25
```

Tracy Bradfield                                      July 30, 2018

Page 17

1      Q.      2000?

2      A.      Uh-huh.

3      Q.      Did you get a nursing degree?

4      A.      I didn't, no.

5      Q.      Okay.  And how long did you stay at

6   Dynacare?

7      A.      Dynacare was bought by LabCorp in, you

8   know, 2003 or thereabouts, and then I left, I think,

9   in 2007.

10      Q.      And where did you go in 2007?

11      A.      Group Health.

12      Q.      And how long did you stay there?

13      A.      Three years.

14      Q.      Okay.

15      A.      Four, maybe.  Three to four.

16      Q.      And what -- in general, what were your

17   roles there at Group Health?

18      A.      I was a laboratory manager.  So for

19   Dynacare and LabCorp, I was the microbiology

20   manager.  And then at Group Health, I started off as

21   the clinic laboratory manager at Tacoma here, and

22   then I transferred up to Capitol Hill in Seattle.

23      Q.      And then after Group Health, where did

24   you go?

25      A.      Harrison Medical Center.

Tracy Bradfield                                          July 30, 2018

Page 18

1       Q.      Okay.

2       A.      Lab director.

3       Q.      And was that in 2011?

4       A.      It was.  April 25th.

5       Q.      And where are you physically located at

6    Harrison Medical Center?

7       A.      So right now, I've actually become the

8    division director for CHI Franciscan for laboratory

9    services.

10      Q.      Congratulations.

11      A.      Thank you.

12              So now I -- I have an office in

13   Tacoma, and I also try to get out to Harrison

14   Medical Center once or twice a week, so I sort of

15   have two offices.  But back when I joined, my office

16   was in Bremerton, and I was over the -- all of the

17   laboratory locations for the hospital, so that

18   excluded oncology.  So there's two hospitals sites:

19   Harrison Bremerton, Harrison Silverdale.  And then

20   we opened a small lab at the Bainbridge Island

21   Urgent Care Clinic.  And then we operate some draw

22   sites at some of our primary care, specialty care

23   clinics, and those folks report up to me also --

24      Q.      Okay.

25      A.      -- through their supervisors.

Tracy Bradfield                                    July 30, 2018

Page 24

1    thing that you mentioned was processes.  What --

2    what processes changed?

3        A.    I guess that -- that's the -- the system

4    processes --

5        Q.    Okay.

6        A.    -- yeah.  When your systems change, so do

7    your processes.

8        Q.    Okay.  And now that -- with your

9    promotion in March of this year, do you continue to

10   report to Linda Guay?

11       A.    The reason I have this promotion is

12   because Linda left the organization.

13       Q.    Okay.  So who do you currently report to?

14   Is there somebody above you?

15       A.    David Schultz.

16       Q.    And while Ms. Guay was at Franciscan, did

17   she also report to David Schultz?

18       A.    Yes.

19       Q.    Okay.  Thinking about the time period

20   between when HMC merged with the Franciscan system

21   and up to the time that you received your promotion

22   in March of this year, did you supervise anybody?

23       A.    I've supervised people the whole time,

24   yes.

25       Q.    About how many people?

Tracy Bradfield                                    July 30, 2018

Page 25

1        A.      Directly, you mean?

2        Q.      (Nods head up and down.)

3        A.      Well, before I got my promotion, I

4    directly managed 7 people, and now I have like 25

5    direct reports.

6        Q.      Thinking about that earlier time when you

7    were managing seven people, what did -- did the

8    people focus on different subspecialties within the

9    lab?

10       A.      Yeah.  Some people managed the

11   pre-analytical side of things, so the phlebotomists.

12   One person managed them.  And then we had a couple

13   of folks managing the technical aspects, so that's

14   the laboratory testing side.  And we have a

15   point-of-care division -- or -- yeah, department, I

16   guess.  And we have a coordinator over point of

17   care.  She reported to me.  We had a quality

18   coordinator to make sure that we're meeting all of

19   the regulatory requirements.  I had an

20   administrative assistant that reported to me.  I

21   think that's everybody.

22       Q.      And now that it -- your direct reports

23   have expanded to 25 people, who are the additional

24   categories of people that report to you?

25       A.      A lot of them are not new categories.

Tracy Bradfield                                    July 30, 2018

Page 26

1   They're the lab managers at the other hospital

2   sites, and transfusion pre-medicine falls under me

3   now.  So I have -- right now, they don't have a

4   manager, so there's nurses that are reporting

5   directly to me.

6       Q.    And when you mentioned at the other

7   hospital sites, where geographically are those

8   located?

9       A.    So Highline in Burien, St. Francis in

10  Federal Way, St. Elizabeth in Enumclaw, St. Clare in

11  Lakewood, St. Anthony in Gig Harbor, and then the --

12  the Harrison sites I mentioned already.

13      Q.    Okay.

14      A.    And St. Joe's, of course, naturally.

15  Tacoma.

16      Q.    Focusing on your time between when you

17  started at HMC and before March of this year when

18  you became promoted, what were your job duties?

19      A.    So I was responsible for the overall

20  function of the laboratory, make sure that staffing

21  is adequate, that we meet regulatory requirements,

22  setting the budget and maintaining, you know, fiscal

23  responsibility; developing new methods or, you know,

24  implementing new analyzers; making sure the

25  point-of-care program met the user needs, monitoring

Tracy Bradfield                                July 30, 2018

Page 27

 1    quality, our turnaround times, critical value call

 2    times.  Everything.

 3        Q.    And you've mentioned a couple times the

 4    -- the patient -- or the point-of-care department.

 5        A.    Uh-huh.

 6        Q.    What -- what is that?

 7        A.    Point-of-care testing is laboratory

 8    testing that's performed by nonlaboratorians.  So

 9    traditionally, providers order tests, and the

10    samples go to the lab and laboratorians perform the

11    testing, but there are a few simple and basic tests

12    that nurses or MAs can do at the bedside.  Like a

13    glucometer -- finger stick glucometer would be one

14    example of point-of-care testing.  But there are

15    regulations that surround that as well, so we have a

16    point-of-care coordinator that makes sure that all

17    the nonlaboratorians are doing things the way they

18    ought to.

19        Q.    And would -- would that testing occur

20    inpatient in -- in hospital?

21        A.    Yes.

22        Q.    Is there a category of people that you

23    supervise that would relate to the systems and

24    processes or...

25        A.    I don't understand --

Tracy Bradfield                                    July 30, 2018

Page 45

1       A.      My understanding is that when The Doctors

2    Clinic and the Franciscans did what they -- the

3    arrangement that they have, that part of that

4    arrangement was to movie, I think, some surgeries,

5    but certainly I recall imaging and laboratory

6    services were to transition to Harrison.

7       Q.      Is it your understanding that this was --

8    was the plan from the outset?

9       A.      That is my understanding.

10      Q.      And with respect to the previous LISs,

11   you said that you were more of a participant in

12   that.

13      A.      (Witness nods head up and down.)

14      Q.      Was it different with respect to TDC?

15              MS. ANDRADE:  Objection.  Vague.

16      Q.      TDC's LIS?

17              MS. ANDRADE:  Same objection.

18      A.      Yeah.  Can you clarify the question a

19   little bit?

20      Q.      Sure.

21      A.      Thanks.

22      Q.      Did you participate in -- in the plan to

23   close the TDC lab and transition it to HMC?

24      A.      I am still participating in that plan.

25      Q.      Okay.  And what -- can you describe your

Tracy Bradfield                                           July 30, 2018

Page 46

1   participation?

2      A.    I am working in conjunction with leaders

3   at The Doctors Clinic to build -- you know, a lot of

4   the same things as I described in how to build the

5   Beaker system.  Basically, building -- making sure

6   all of The Doctors Clinic's orders have a matching

7   component in the Beaker system so that when they

8   order their tests, they -- we're building an

9   interface right now so that when their orders cross

10  into the Beaker system, it is the correct order;

11  that when the results go back, they file in the

12  right places; the high or low or abnormal criticals.

13  All of these components that we described earlier

14  for Beaker is -- the integrity is maintained when

15  the results -- orders and results go back and forth

16  between The Doctors Clinic Intergy system and the

17  Beaker system.

18     Q.    And would you describe yourself as

19  leading this effort from HMC?

20     A.    I would.

21     Q.    Is there anybody else at HMC that is

22  leading this effort?

23     A.    At HMC?

24     Q.    (Nods head up and down.)

25     A.    I have -- some of the managers are also