1

2

3

4

5

6

The Honorable Benjamin H. Settle

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9

STATE OF WASHINGTON,

NO. 3:17-cv-05690-BHS

10

Plaintiff,

**STATE OF WASHINGTON'S LCR 7(l)**
**NOTICE TO WITHDRAW PENDING**
**MOTION**

11

v.

12

13

14

15

FRANCISCAN HEALTH SYSTEM d/b/a
CHI FRANCISCAN HEALTH;
FRANCISCAN MEDICAL GROUP; THE
DOCTORS CLINIC, a Professional
Corporation; and WESTSOUND
ORTHOPAEDICS, P.S.,

NOTED FOR CONSIDERATION ON:
MARCH 22, 2019

16

Defendants.

17

18

19

20

21

22

23

24

25

26

STATE'S LCR 7(l) NOTICE TO
WITHDRAW PENDING MOTION
NO. 3:17-cv-05690-BHS

1    The State of Washington, under Local Rule 7(l), withdraws its pending Motion for Order

2   Finding Franciscan Defendants Waived Privilege Regarding Certain Spreadsheets (Dkt. No.

3   260).

4        DATED this 15th day of March 2019.

5

6                                    ROBERT W. FERGUSON
                                     Attorney General

7
                                     /s/ Rahul Rao
8                                    RAHUL RAO, WSBA No. 53375
                                     ERICA A. KOSCHER, WSBA No. 44281
9                                    AMY N.L. HANSON, WSBA No. 28589
                                     Assistant Attorneys General
10                                   Antitrust Division
                                     Attorney General of Washington
11                                   800 Fifth Ave, Suite 2000
                                     Seattle, WA 98104-3188
12                                   (206) 464-7030
                                     rahulr@atg.wa.gov
13                                   ericak@atg.wa.gov
                                     amyh3@atg.wa.gov
14                                   Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

STATE'S MOTION FOR ORDER FINDING              1          ATTORNEY GENERAL OF WASHINGTON
DEFENDANTS WAIVED PRIVILEGE                                       Antitrust Division
REGARDING CERTAIN SPREADSHEETS                                800 Fifth Avenue, Suite 2000
NO. 3:17-cv-05690-BHS                                             Seattle, WA 98104
                                                                  (206) 464-7744

1

**CERTIFICATE OF SERVICE**

2          I certify, under penalty of perjury under the laws of the state of Washington, that on this

3    date I have caused a true and correct copy of the following document to be served on the

4    following via CM/ECF:

5
Mitchell Raup                                          Jessica M. Andrade
6    Herbert F. Allen                                       Polsinelli PC
Polsinelli PC                                          1001 2nd Avenue, Suite 3500
7    1401 Eye Street NW, Suite 800                          Seattle, WA  98104
Washington, DC  20005                                  202.896.8769
8    202.626.8352                                           jessica.andrade@polsinelli.com
202.626.8307
9    mraup@polsinelli.com                                   Alex Bartko
10   hallen@Polsinelli.com                                  Polsinelli PC
1201 West Peachtree St. NW, Ste. 1100
11   Matthew Hans                                           Atlanta, GA  30309
Polsinelli PC                                          404.253.6000
12   100 S. Fourth Street, Suite 1000                       abartko@polsinelli.com
St. Louis, MO  63102
13   314.552.6820                                           G. Gabriel Zorogastua
mhans@polsinelli.com                                   Polsinelli PC
14                                                          900 W. 48th Place, Suite 900
Kansas City, MO  64112
15                                                          816.753.1000
gzorogastua@polsinelli.com
16

17
*Attorneys for Defendants Franciscan Health System, Franciscan Medical Group, and*
18   *Westsound Orthopaedics, P.S.*

19   Douglas Ross                                           Douglas Litvack
David Maas                                             Davis Wright Tremaine LLP
20   Davis Wright Tremaine LLP                              1919 Pennsylvania Ave. NS, Ste. 800
920 Fifth Avenue, Suite 3300                           Washington, DC  20006
21   Seattle, WA  98104-1610                                202.973.4215
206.757.8135                                           douglaslitvack@dwt.com
22   206-757-8184
douglasross@dwt.com
23   davidmaas@dwt.com

24

25   *Attorneys for Defendant The Doctors Clinic, a Professional Corporation*

26

STATE'S MOTION FOR ORDER FINDING
DEFENDANTS WAIVED PRIVILEGE
REGARDING CERTAIN SPREADSHEETS
NO. 3:17-cv-05690-BHS

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1  Thomas McIntyre Triplett              Matthew Turetsky
2  Schwabe, Williamson & Wyatt PC        Schwabe, Williamson & Wyatt PC
   1211 SW Fifth Avenue, Suite 1900      1420 Fifth Avenue, Suite 3400
3  Portland, OR  97204-3795              Seattle, WA  98101-2339
   503.222.9981                          206.622.1711
4  ttriplett@schwabe.com                 mturetsky@schwabe.com

5  ***Attorneys for Defendant WestSound Orthopaedics, P.S.***

6      DATED this 15th day of March, 2019, at Seattle, Washington.

7

8                              */s/ Rahul Rao*
                               RAHUL RAO, WSBA #53375
9                              Assistant Attorney General

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STATE'S MOTION FOR ORDER FINDING
DEFENDANTS WAIVED PRIVILEGE
REGARDING CERTAIN SPREADSHEETS
NO. 3:17-cv-05690-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744