The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>FRANCISCAN HEALTH SYSTEM<br>d/b/a CHI FRANCISCAN HEALTH;<br>FRANCISCAN MEDICAL GROUP;<br>THE DOCTORS CLINIC, A<br>PROFESSIONAL CORPORATION; and<br>WESTSOUND ORTHOPAEDICS, P.S.,<br><br>              Defendants. | NO. 3:17-cv-05690-BHS<br><br>**STIPULATED MOTION FOR ENTRY OF CONSENT DECREE AND FINAL JUDGMENT**<br><br>NOTE ON MOTION CALENDAR:<br>Monday, May 13, 2019 |

Plaintiff, State of Washington, and Defendants Franciscan Health System d/b/a CHI Franciscan Health; Franciscan Medical Group; the Doctors Clinic, a Professional Corporation; and WestSound Orthopaedics, P.S. stipulate and jointly move that the Court endorse the Consent Decree agreed to by them and filed with the Court on May 13, 2019. The Consent Decree contains remedies that are designed to address the anticompetitive harm alleged in the Complaint, and all parties have agreed to the form and presentation of the Consent Decree.

STIPULATED MOTION FOR ENTRY
OF CONSENT DECREE AND FINAL
JUDGMENT

NO. 3:17-cv-05690-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    Dated this 13th day of May 2019.

2

3    ROBERT W. FERGUSON

4    Attorney General

5    */s/ Jonathan A. Mark*

6    JONATHAN A. MARK, WSBA No. 38051
     AMY N.L. HANSON, WSBA No. 28589

7    ERICA A. KOSCHER, WSBA No. 44281

8    Assistant Attorneys General
     Antitrust Division

9    Office of the Attorney General of Washington
     800 5th Ave, Ste. 2000

10   Seattle, WA 98104
     (206) 464-7030

11   Jonathan.Mark@atg.wa.gov
     Amy.Hanson@atg.wa.gov

12   Erica.Kosher@atg.wa.gov

13   *Attorneys for Plaintiff State of Washington*

14

15   */s/ Mitchell Raup*
     Mitchell Raup                          Jessica M. Andrade

16   Herbert F. Allen                       Polsinelli PC

17   Polsinelli PC                          1001 2nd Avenue, Suite 3500
     1401 Eye Street NW, Suite 800          Seattle, WA  98104

18   Washington, DC  20005                  202.896.8769
     202.626.8352                           jessica.andrade@polsinelli.com

19   202.626.8307
     mraup@polsinelli.com                   G. Gabriel Zorogastua

20   hallen@Polsinelli.com                  Polsinelli PC
                                            900 W. 48th Place, Suite 900

21   Matthew Hans                           Kansas City, MO  64112
     Polsinelli PC                          816.753.1000

22   100 S. Fourth Street, Suite 1000       gzorogastua@polsinelli.com
     St. Louis, MO  63102

23   314.552.6820

24   mhans@polsinelli.com

25   *Attorneys for Defendants Franciscan Health System, Franciscan Medical Group, and*

26   *WestSound Orthopaedics, P.S.*

STIPULATED MOTION FOR ENTRY                      2          ATTORNEY GENERAL OF WASHINGTON
OF CONSENT DECREE AND FINAL                                          Antitrust Division
JUDGMENT                                                        800 Fifth Avenue, Suite 2000
                                                                 Seattle, WA  98104-3188
                                                                      (206) 464-7744
NO. 3:17-cv-05690-BHS

1

2
/s/ Douglas Litvack
Douglas Litvack                              Douglas Ross

3
Davis Wright Tremaine LLP                    David Maas
1919 Pennsylvania Ave. NS, Ste. 800          MaryAnn Almeida

4
Washington, DC  20006                        Miriam Swedlow
202.973.4215                                 Davis Wright Tremaine LLP

5
douglaslitvack@dwt.com                       920 Fifth Avenue, Suite 3300
                                             Seattle, WA  98104-1610

6
                                             206.757.8135

7
                                             206-757-8184
                                             douglasross@dwt.com

8
                                             davidmaas@dwt.com
                                             maryannalmeida@dwt.com

9
                                             miriamswedlow@dwt.com

10
**Attorneys for Defendant The Doctors Clinic, a Professional Corporation**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR ENTRY                  3          ATTORNEY GENERAL OF WASHINGTON
OF CONSENT DECREE AND FINAL                                        Antitrust Division
JUDGMENT                                                    800 Fifth Avenue, Suite 2000
                                                               Seattle, WA  98104-3188
                                                                   (206) 464-7744
NO. 3:17-cv-05690-BHS

1

**CERTIFICATE OF SERVICE**

2      I certify, under penalty of perjury under the laws of the state of Washington, that on this

3   date I have caused a true and correct copy of the following document to be served on the

4   following via CM/ECF:

5   Mitchell Raup                           Jessica M. Andrade
    Herbert F. Allen                        Polsinelli PC
6   Polsinelli PC                           1001 2nd Avenue, Suite 3500
7   1401 Eye Street NW, Suite 800           Seattle, WA  98104
    Washington, DC  20005                   202.896.8769
8   202.626.8352                            jessica.andrade@polsinelli.com
    202.626.8307
9   mraup@polsinelli.com                    G. Gabriel Zorogastua
10  hallen@Polsinelli.com                   Polsinelli PC
                                            900 W. 48th Place, Suite 900
11  Matthew Hans                            Kansas City, MO  64112
    Polsinelli PC                           816.753.1000
12  100 S. Fourth Street, Suite 1000        gzorogastua@polsinelli.com
    St. Louis, MO  63102
13  314.552.6820
14  mhans@polsinelli.com

15  ***Attorneys for Defendants Franciscan Health System, Franciscan Medical Group, and***
    ***WestSound Orthopaedics, P.S.***
16
    Douglas Ross                            Douglas Litvack
17  David Maas                              Davis Wright Tremaine LLP
    MaryAnn Almeida                         1919 Pennsylvania Ave. NS, Ste. 800
18  Miriam Swedlow                          Washington, DC  20006
19  Davis Wright Tremaine LLP               202.973.4215
    920 Fifth Avenue, Suite 3300            douglaslitvack@dwt.com
20  Seattle, WA  98104-1610
21  206.757.8135
    206-757-8184
22  douglasross@dwt.com
    davidmaas@dwt.com
23  maryannalmeida@dwt.com
    miriamswedlow@dwt.com
24
25  ***Attorneys for Defendant The Doctors Clinic, a Professional Corporation***
26

STIPULATED MOTION FOR ENTRY            4            ATTORNEY GENERAL OF WASHINGTON
OF CONSENT DECREE AND FINAL                                 Antitrust Division
JUDGMENT                                               800 Fifth Avenue, Suite 2000
                                                         Seattle, WA  98104-3188
NO. 3:17-cv-05690-BHS                                        (206) 464-7744

1    DATED this 13th day of May 2019, at Seattle, Washington.

2

3                                */s/ Jonathan A. Mark*
                                  JONATHAN A. MARK, WSBA No. 38051

STIPULATED MOTION FOR ENTRY         5         ATTORNEY GENERAL OF WASHINGTON
OF CONSENT DECREE AND FINAL                           Antitrust Division
JUDGMENT                                     800 Fifth Avenue, Suite 2000
                                         Seattle, WA  98104-3188
                                         (206) 464-7744

NO. 3:17-cv-05690-BHS